**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED
2005 AUG 11 P 12: 20

Earnest Reed #111914                          )
_____                   )
Full name and prison number                   )
of plaintiff(s)                               )
                                              )
v.                                            )   CIVIL ACTION NO. 2:05cv770-T
                                              )   (To be supplied by Clerk of
Doctor Daibouge                               )    U.S. District Court)
And Prison Health                             )
Services, Inc.                                )
200 Wallace drive                             )
Clio, Al. 36017                               )
_____                   )
Name of person(s) who violated               )
your constitutional rights.                   )
(List the names of all the                    )
persons.)                                     )

I.   PREVIOUS LAWSUITS
     A.  Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?  YES ( )  NO (✓)

     B.  Have you begun other lawsuits in state or federal court
         relating to your imprisonment?  YES ( )  NO (✓)

     C.  If your answer to A or B is yes, describe each lawsuit
         in the space below.  (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.  Parties to this previous lawsuit:

             Plaintiff(s) _____

             _____

             Defendant(s) _____

             _____

         2.  Court (if federal court, name the district; if
             state court, name the county) _____

             _____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

      _____

5.    Disposition (for example: Was the case dismissed?
       Was it appealed? Is it still pending?) _____

      _____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _Easterling Corr._
_facilily 200 Wallace drive Clio, Al. 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling_
_Correctional facility_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

           **NAME**                **ADDRESS**

1. _PRison Health Service, Inc._
2. _doctor Daibouge Easterling Corr._
3. _facility 200 Wallace dr. Clio, Al 36017_
4. _____
5. _____
6. _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _7-05_

_____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I've been in severe pain for months._
_my hernia gets worse And Nothing is being done_
_to correct the problem._

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

My many visits to Health Care DR. Daibouge tells me I don't Need Surgery but A few months ago, DR. Anderson says I do need hernia Surgery. She is No longer here At the facility but it is in my medical Records where she put me down for operation

GROUND TWO: _____

_____

SUPPORTING FACTS:  I've Requested many times to be seen by A "free World" physician. DR. Daibouge ~~Refuses~~ Refuse's.

_____

_____

_____

GROUND THREE:  All he has done is give me A hernia binder And Zantac which is A Anti gas

SUPPORTING FACTS:  medication.

I've tried for (2) two years now to get this hernia problem Corrected. Nothing is being done.

_____

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I want to have surgery on my hernia
All I want is to be out of pain. And Healthy
Also that Dr Daibouge be Removed from Health care At
this facility.

_Earnest Reed #111914_
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on   8-2-05
                    **(Date)**

_Earnest Reed #111914_
**Signature of plaintiff(s)**

4