AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05cv770-T

RECEIVED 2005 AUG 11 P 12:50

I, _Earnest E. Reed Jr #111914_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Easterling Corr. facility_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _1978  5.50 hr._

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments      ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☐ Yes   ☑ No
   f. Any other sources                                ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   *None*

I declare under penalty of perjury that the above information is true and correct.

____8-2-05____   ____Earnest E. Reed Jr. #111914____
Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                   EASTERLING CORR FACILITY


AIS #: 111914      NAME: REED, ERNEST EDWARD JR        AS OF: 08/02/2005

                    # OF       AVG DAILY         MONTHLY
         MONTH      DAYS        BALANCE          DEPOSITS
         ------------------------------------------------------

         AUG        29          $0.12            $0.00
         SEP        30          $0.12            $0.00
         OCT        31          $0.12            $0.00
         NOV        30          $0.12            $0.00
         DEC        31          $3.07            $45.00
         JAN        31          $0.52            $10.00
         FEB        28          $0.13            $0.00
         MAR        31          $0.13            $0.00
         APR        30          $0.13            $0.00
         MAY        31          $0.13            $0.00
         JUN        30          $0.13            $0.00
         JUL        31          $0.13            $0.00
         AUG         2          $0.13            $0.00
```

RECEIVED 2005 AUG 11 P 12:20 CLERK'S OFFICE U.S. DISTRICT COURT MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Montgomery_ DIVISION

RECEIVED
2005 AUG 11 P 12: 50

Earnest Reed #111914
_____  )
_____  )
_____  )
              Plaintiff(s)  )
                            )
          v.                )     2:05cv770-T
                            )
Prison Health Service,      )
Inc, And Doctor             )
Daibouge, 260 Wallace       )
drive, Clio, Al. 36017      )
              Defendant(s)  )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Earnest E. Reed #111914__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Earnest E. Reed Jr._
Plaintiff(s) signature