| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                   8-17-05 |
| 1. Article Addressed to:<br><br>Dr. Jean Darbouze<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL 36017 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>   2:05CV770-T<br>   C+ d                        (40) |
|  | 3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered        ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from     7005 1160 0001 3017 4017 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540