# Exhibit "B"

Affidavit of Linda Floyd

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **EARNEST EDWARD REED, JR.** (AIS#111914), | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05-CV-770-T |
| **DR. JEAN DARBOUZE**, *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF LINDA FLOYD

STATE OF ALABAMA   )
                                     )
COUNTY OF BARBOUR  )

Before me, the undersigned Notary Public, personally appeared LINDA FLOYD who, after being duly sworn, states as follows:

1. My name is Linda Floyd. I am over the age of nineteen (19) years, and I have personal knowledge of the information contained in this affidavit.

2. I am presently employed by Prison Health Services, Inc. ("PHS") as a nurse practitioner in the chronic care unit at Easterling Correctional Facility ("Easterling") in Barbour County, Alabama. I am currently licensed as a nurse practitioner in the State of Alabama.

3. On April 15, 2004, I conducted an evaluation of inmate Earnest Reed ("Reed"). At that time, Reed sought medical treatment for pain he was experiencing from an abdominal hernia. Reed's hernia formed as the result of having previously suffered a gunshot wound to the abdominal area. The gunshot wound and subsequent surgery to correct Reed's wound were evidenced by a healed scar from Reed's upper midgastric area to his lower midgastric area.

83576.1

Reed's scar was approximately six (6) inches long by four (4) inches wide. Based upon my examination of Reed, the long, substantial scar left from this surgery weakened Reed's abdominal muscles and caused him to develop the hernia.

4. During the exam Reed stated that his pain worsened after performing any heavy lifting. In order to relieve the pain Reed was experiencing at the time, I recommended that he avoid gas-producing vegetables, avoid heavy lifting and take 600 milligrams of Motrin for ninety (90) days. I also made a note to mention to a physician the possibility of referring Reed to a surgeon.

5. Since the time I evaluated Reed, his medical records indicate that he has received timely and appropriate medical attention and treatment for his complaints and has been properly educated, specifically concerning numerous medical recommendations that he avoid eating gas-producing foods and avoid lifting heavy weights (most likely referencing Reed's desire to lift in the weight yard at Easterling), as to the best ways to prevent aggravating the hernia which causes him pain.

Further affiant sayeth not.

_Linda Floyd CRNP_
Linda Floyd, CRNP

SWORN TO and SUBSCRIBED before this the 22 day of September, 2005.

_Charlotte Barmon_
Notary Public - State-at-Large
My Commission Expires: 12/10/05

(SEAL)

83576.1                                      2