RECEIVED
OCT 14 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNEST EDWARD REED, Jr.
AIS # 111914,      PLAINTIFF,

VS.

CIVIL ACTION NO.
2:05-CV-770-T

JEAN DARBOUZE, M.D. and
PRISON HEALTH SERVICES,
        DEFENDANT'S

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Plaintiff, in the above styled Cause, and would thus respectfully request this Honorable Court to GRANT and also appoint counsel to represent the Plaintiff, in the above styled Cause. In support of same, the Plaintiff would state the following:

1. Plaintiff has absolutely NO knowledge of the Law, and thus must rely on the assistance of other prisoners.

2. Plaintiff has a very limited access to the Institutional Law Library averaging ONLY approximately 2-5 Hours a week.

3. Plaintiff alleges that the issues in this Cause, will be and are complex especially to one who is not knowledgeable in how the law works.

4. Without, the assistance of Counsel, the Plaintiff may not be able to take this case to the full limit, as there are Medical Issues at stake and also in question.

WHEREFORE, premises considered, the Plaintiff would respectfully request that this Honorable Court to appoint Counsel to represent the Plaintiff on and with this Cause.

DATED:  OCTOBER 13, 2005.             Respectfully Submitted,

*Earnest E Reed*
ERNEST EDWARD REED, JR.
AIS # 111914   DORM 6-B
E.C.F.   200 WALLACE DRIVE
CLIO, ALABAMA   36017

-2-