**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

October 21, 2005

# NOTICE OF REASSIGNMENT

Re:     Earnest Reed v. Jean Darbouze et al
        Civil Action No.2:05cv770-T

The above-styled case has been reassigned to United States Magistrate Judge Charles S. Coody..

Please note that the case number is now 2:05cv770-C.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk