IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

EARNEST REED, #111 914          *

    Plaintiff,                  *

v.                              * CIVIL ACTION NO. 2:05-CV-770-T
                                              (WO)
DR. DARBOUZE, *et al.*,          *

    Defendants.                 *

_____

**ORDER**

Upon consideration of Plaintiff's response to Defendants' written report, and for good cause, it is

ORDERED that on or before **November 9, 2005** Defendants file a supplemental written report addressing Plaintiff's allegation that his prescription for Tylenol has run out, that he requested that this pain medication be re-ordered and continued, and that as of the signature date of his response, no action in this regard has been taken. Defendants' supplemental written report should include copies of medical records prepared/compiled in response to medical treatment and/or evaluation provided to Plaintiff at Easterling Correctional Facility in regard to his abdominal/ventral hernia.[1] The medical records

---

[1] Defendants' submission of medical records in response to this order should be limited to those documents which reflect the treatment afforded Plaintiff for his complaints associated with his hernia.

submitted in response to this order should include copies of Plaintiff's medication charts relevant to medication dispensed for treatment of his hernia and/or pain associated therewith.

Done this 26th day of October, 2005.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE