# EXHIBIT F
# LONG AFFIDAVIT
# October 31, 2005

# A F F I D A V I T

STATE OF ALABAMA            )
                           )
_Barbour_____COUNTY        )

I, _Beth H Long_____, hereby certify and affirm that I am a _Medical Clerk_____, at _Easterling Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Ernest E. Reed, Jr_____, AIS# _119141C_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _PHS - Easterling_____; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _31st_ day of _October_____, 2005.

_Beth H Long_____

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
_31st_ Day of _October_____, 2005.

_Linda A Wilkinson_____
Notary Public
_9/16/2007_____
My Commission Expires

# PROBLEM LIST

Name: _Reed, Earnest_

AIS# _111914C_

Date of Birth: _11/23/55_

Medication Allergies: _NKA_

Mental Health Code:  SMI  HARM  HIST  (NONE)  Date Code Assigned: _____
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 12/4/03 |  |  | B Jack |
| 2/4/04 | GSW to Abd c̄ exp lap 1987 |  | Cooley CRNP. |
|  | Abdominal hernia |  |  |
| 4-15-04 | " " |  | S Slagl CRNP |
|  | arthritis ® Shoulder |  |  |
| 4/18/04 | - Att Times bodis |  |  |
|  | - Hepatitis C |  |  |
|  | - whes. |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

## I. HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | 165 # 2yn Ago  *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | ✓ | | OCC. |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | NKDA |

Weight 264 Temp 97⁴ Pulse 80 Resp 16 Blood Pressure 140/84

**If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.**

Eye Exam 20/30 OD 20/30 OS 20/20 OU

## II. TESTING – (LPN or RN)    RESULTS

Tuberculin Skin Test (q yr)    Date given 11-5-04 Site LFA per Health Dept
Read on 4-8-04 Results ⊖ mm

Past Positive TB Skin Test → **Survey Completed** ——
(Chest x-ray if clinical symptoms) Date ——— Results ———
RPR (q 3 yrs)    Date 11-26-03 Results NR
EKG (baseline at 35, over 45 q 3 yrs) 1-12-05
Cholesterol (at 35 then q 5 yrs)    Pending
Tetanus/Diptheria (q 10 yrs)    Last Given 1-12-05 Due 2015
(if done today)    Site given LDel Dose 0.5 Lot # TD-107
Optometry Exam (@ 50 if not already seen) ———
Mammogram    Date ——— Results ———
(females @ 40, q 2 yrs/other M.D. order)

## III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart    RRR
Lungs    cl bil
Breast Exam    b/a
Rectal (yearly after 45)    Results    normal
with Hemoccult    Results    negative
Pelvic and PAP (q 1 yr)    Date n/a    Results

Facility East    Nurse Signature Rn Imany    Date

M.D. or Mid-Level Signature _____ Date 1/12/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Reed Garrest | 111914 | 1-23-55 | W/m |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# HEALTH EVALUATION

| Date: 11-26-03 | ID#: 111914 |
|---|---|

## ADMISSION DATA

| Last Name: Reed | First: Ernest | Middle: Edward |
|---|---|---|
| Birthplace: Jefferson City | DOB: 11-23-55 | SS#: 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 |
| Previous Incarcerations (Date & Facility) 1975-Draper  1978-Atmore 1980-Holman  1989-Limestone | Health Insurance? Y (N) Carrier: | State: |
|  | Policy Number: |  |

## MEDICAL DATA

| Family Physician: Dr Lopez | Address: | Phone: |
|---|---|---|

Previous Hospitalizations/Surgeries/Major Illness/Current Illness:  What? Where?
1987- Gunshot (L)side of Chest- Cooper Green

| Medications: ☐ None yes | Special Diet (Prescribed): NA |
|---|---|
| Allergies: ☐ NKA | |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
( ) Lethargic  ( ) Stuporous  ( ) Comatose

Describe:

2) General Appearance    (✓) Normal  ( ) Abnormal

Describe:

4a) Behavior/Conduct: (✓) Calm    ( ) Cooperative    (✓) Non-Violent
( ) Agitated    ( ) Uncooperative    ( ) Violent
( ) Manipulative    ( ) Disorganized

Describe:

4c) Perceptions:    ( ) Delusional    ( ) Hallucinations

3) Substance Abuse: (✓) Yes  ( ) No    ( ) Suspected
( ) Current Intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms
(✓) Drugs  (✓) Alcohol

Describe: What kind? Amount/Frequency?

* If confirmed Benzo use, then follow Detox Protocol. If can not be confirmed,
q shift BP (HR X 5 days).
Last Use: (Time/Date):

4b) Affect/Mood: (✓) Normal  ( ) Manic    ( ) Depressed
( ) Euphoria  ( ) Flat    ( ) Emotionally Confused

Describe:

( ) Hearing Voices

| | Yes | No |
|---|---|---|
| 5a) Is there h/o actual suicide attempt? | ( ) Yes | (✓) No |
| 5c) Is there evidence or history of self-mutilation? | ( ) Yes | (✓) No |

| | Yes | No |
|---|---|---|
| 5b) Does pt describe current suicidal thoughts or ideations? | ( ) Yes | (✓) No |
| 5d) High risk pt may become assaultive towards staff? | ( ) Yes | (✓) No |

| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates: | Triggers for Suicide Watch- 4G/H:<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on<br>Close Watch | Triggers for Close Watch- 2C:<br>- Emotionally distraught and unable<br>to regain composure by end of<br>intake process<br>- Actively hallucinating or not<br>making any sense |
|---|---|---|

| 6a) Communication Difficulties | ( ) Yes | (✓) No | 6b) Memory Defects | ( ) Yes | (✓) No |
|---|---|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes | (✓) No | 6d) Speech Difficulties | ( ) Yes | (✓) No |

7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:    None ☐

S)

O)

A)

P)

**I have answered all questions truthfully.  I have been told and shown how to obtain medical services.  I hereby give my consent for professional services to be provided to me by and through   PHS   .**

| X Earnest Reed | 11-26-03 |
|---|---|
| Inmate's Signature | Date |

Form 60412

# HEALTH EVALUATION

Age 48  Sex M  Race W  Ht 5'9  Wt 165
Temp 98.1  BP 110/70  Pulse 100  Resp 18

**Do you now or have you ever had, or been treated for:**

| Problems | Y | N | Problems | Y | N | APPRAISAL | | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ | Screening Observation | | ☐ | Check items below & initial |
| Loss of Consciousness | | | Bladder/Kidney Infection | | ✓ | General | Movement, Deformity, Pain, Bleeding | ☐ | JH |
| Severe Headaches | | | Alcoholism | | | | Habitus, Hygiene | | |
| Vertigo/Dizziness | | ✓ | Drug Abuse | ✓ | | Neuro | Mental Status, Intox Withdrawal, Tremors | ☑ | JH |
| Vision Problems | | | Tobacco Use | | | | Neuro-deficits | | |
| Hearing Problems | | | Psychiatric Hx | | | Skin | Injury, Bruises, Trauma Jaundice | | Tatoo - ④+⑥ |
| Dental Prob./Dentures | | | Suicidal | | | | Diaphoretic, Rash Lesions, Infestations Needle Marks | ☐ | arm - back JH |
| Seizures | | ✓ | Communicable/Contagious | | | | Color, Turgor | | good JH |
| Strokes | | ✓ | Tuberculosis | | ✓ | Head | Normocephalic Atraumatic | ☑ | JH |
| Nervous Disorders | | | HIV/ AIDS | | ✓ | | Hair, Scalp | | |
| DT's | | | Hepatitis- Type B | ✓ | | Eyes | Glasses/ Vision Pupils | ☐ | ⓛ 20/20 ⓡ 20/20 |
| Heart Condition | | | Gonorrhea | | | | Sclera, Conjunctiva | | |
| Angina/Heart Attack | | | Syphilis | | ✓ | Ears | Appearance Canals, TMs, Hearing | ☐ | good JH |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ | Nose | Epistaxsis, Sinuses | ☐ | JH |
| Anemia/Blood | | | OB/ GYN | | | Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils | ☑ | JH |
| Lung Condition | | | LMP Date: | | | | Airway | | |
| Asthma | | | Duration: | | | Neck | C Spine, Mobility Veins, Carotids | ☑ | JH |
| Bronchitis | | | LMP Normal: | | | | Thyroid, Lymph Nodes | | |
| Emphysema | | ✓ | Regularity: | Y | N | Chest | Config. Ausc./ Resp. Cough/ Sputum | ☐ | Resp E ease no cough JH |
| Pneumonia | | ✓ | Gravida/Para: | | | (Breasts) | Masses | | |
| Diabetes | | ✓ | AB/Miscarriage: | | | Heart | Ausc. Rate, Rhythm Murmurs, Ectopy | ☐ | |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N | Abdomen | Bowel Sounds Palp; G/R/T; Hernia | ☐ | Bowel sounds x4 JH |
| Gastritis | | | Describe: | | | GU | Flank Tenderness Bladder Tenderness /Distention | ☑ | JH |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab | | | | |
| Bleeding | | ✓ | RPR | | | Back | ROM, Spasm, Injury | ☑ | JH |
| Gall Bladder/Pancreas | | | PPD- Date given: 11-26-03 | | | Extrem | Edema, Pulse Cyanosis- ROM, Injury | ☑ | JH |
| Liver Problems | ✓ | | RFA/LFA | | | Genitals | Injuries/ Lesions | ☑ | JH |
| Arthritis | ✓ | | Date read: 11/28/03 | | | Pelvic/Pap | Deferred ☐ | | |
| Joint Muscle Problem | | ✓ | Results in mm.: 0mm | | | Rectal/ Gulac | Deferred ☐ | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | | | | | |

**Comments:**

Placement: (✓) General Population  ( ) Emergency Dept.  ( ) Isolation  ( ) Medical Observation  ( ) Other: _____
Referral: ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Other _____  When: ( ) Immediately  ( ) Next Sick Call _____

Wanda Hardy, LPN          11-26-03          ⓝ 12/2/03
Screener's Signature          Date/Time          Evaluator's Signature/ Title          Date/Time

**PHS**
PRISON HEALTH SERVICES

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record
Institution: _____
Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
☐ Population
☐ Infirmary
☐ Isolation

RELEASED: Inmate/Health Record
Institution: KCF
Date: 12/12/03  Time: 9 pm  AM/PM

RELEASE FROM:
☐ Infirmary  ☐ Segregation
☑ Population  ☐ Mental Health
☐ Other _____

RELEASE TO:
☑ DOC  ☐ Infirmary  ☐ Mental Health
☑ Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKA

PHYSICAL EXAMINATION
Date of last exam: 11/26/03
Chest X-Ray Date: _____ Result: _____
PPD Reading 11/28/03  0mm
Classification: _____
Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | ☐ | ☐ |
| Urinalysis | | ☐ | ☐ |
| | | ☐ | ☐ |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | ☑ | ☐ | Reads |
| Dental Prosthesis | ☑ | ☐ | |
| Hearing Aide | ☐ | ☑ | |
| Other Prosthesis | ☐ | ☑ | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
Ø

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Ø

| | | | |
|---|---|---|---|
| MEDICATIONS | ☐ Sent w/inmate | ☐ Not sent w/inmate |
| X-RAY FILM | ☐ Sent w/inmate | ☐ Not sent w/inmate |
| HEALTH RECORD | ☑ Sent w/inmate | ☐ Not sent w/inmate |

Released to: _____
Date: 12/12/03  Time: 9P  AM/PM

| | | |
|---|---|---|
| MEDICATIONS | ☐ Received | ☑ Not Received |
| X-RAY FILM | ☐ Received | ☑ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |
| CHART REVIEWED | ☑ YES | ☐ NO |

Received by: _____ Signature of Receiving Nurse

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: _____ LAST CLINIC: _____
Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE NEEDED   Date   Time   With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)
☐ Medical  ☐ Dental
☐ Mental Health

HISTORY (SENDING NURSE):
| | Yes | No |
|---|---|---|
| Drug Use Heroin | ☑ | |
| Mental Illness | | ☑ |
| Suicide Attempt | | ☑ |
| Chronic Care | | ☑ |
| Special Diet | | ☑ |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE):
SKIN:
| | Yes | No |
|---|---|---|
| Open Sores | | ☑ |
| Lice | | ☑ |
| Edema | | ☑ |
| Warm & Dry | ☑ | |
| Cool & Moist | | ☑ |

CONDITION:
| | Yes | No |
|---|---|---|
| Alert | ☑ | |
| Oriented | ☑ | |
| Uncooperative | | ☑ |
| Depressed | | ☑ |

INTAKE
Sick Call Procedures Explained ☑
Height 5'10"
Weight 171½
Blood Pressure 118/78
Temperature 98
Pulse Resp. 74
Other _____

Signature of Nurse Completing Assessment (Sending Nurse) L. Baines, LPN  12/12/03
Signature of Intake Screening Nurse (Receiving Nurse) _____ 12/12/03

INMATE NAME (LAST, FIRST, MIDDLE): Reed, Ernest E. Jr.
DOC# 111946  DOB 11/23/55  Race/Sex W/M  FAC. Kilby

PHS-MD-70009
(White - Medical Jacket, Yellow - Transfer Coordinator)

**PHS**

# INMATE INTAKE FORM

Name: _Reed, Ernest E. Jr_   D.O.B: _11-23-55_   M: ✓   F: _____

Date / Time Admt: _11-26-03    1310_   Status: New _____   Return ✓

DOC#: _11914_   Screened By: _Olanda Hardy, LPN_

B/P _110/70_   PULSE _100_   RR _18_   PERILA ✓   ORIENTED/FOUR ✓

## Screener's Observations (If yes, List details in comments section)

Comments Section

1.) Visible signs of trauma requiring immediate attention? _____   (No)   Yes _____
2.) Obvious fever, swollen glands, jaundice or infection that might spread? _____   (No)   Yes _____
3.) Poor skin condition, parasites, rashes or needle Marks? _Tatoos_   No   (Yes) R arm, back
4.) Deformities ( Skin or extremities)? _____   (No)   Yes _____
5.) Appears under the influence of alcohol or drugs?   (No)   Yes _____
6.) Visible signs of alcohol or drug withdrawal? (Odor, gait, nystagmus, inappropriate responses extreme perspiration, pinpoint pupils, tremors, anxiety, nausea, cramping, vomiting, shakes)?   (No)   Yes _____
7.) Have you had a positive TB Skin test in the past?   (No)   Yes _____

## CURRENT MEDICAL HISTORY - ALL

1. Do you currently have a medical problem?   No   (Yes)
2. Are you taking any Rx prescribed by an MD?   No   (Yes) Elavil 100mg Xanax 1mg
3. Do you use illegal drugs?   No   (Yes) Dilaudid, Heroin

PHARMACY _Secure_

PHYSICIAN _McGinn_

CLINIC NAME _Physicals_

## MEDICATIONS / DOSAGES

| Drugs Allergies NKDA | Arthritis | Asthma | DT's |
| Diabetes | Epilepsy | Fainting | Heart Condition |
| Hepatitis | High Blood Pressure | Tuberculosis | Thyroid |
| Ulcers | Urinary Problems | Venereal Disease | Other Depression |

Notes _____

)_____

Date PPD placed _11-26-03_   Date PPD Read _11/28/03_   Results of PPD _0mm_

I have answered all questions truthfully. I have been told and shown how to obtain medical services and I hereby give my consent for professional services to be provided to me by and through PHS, INC.

Name: X _Earnest Reed_   Date: _11-26-03_

# RECEIVING SCREENING FORM

INMATE'S NAME: *Reed ERNEst*      DATE: *11/25/03* TIME: *10:30 Am*

DOB: *11/23/55*      OFFICER: *Freddie Mc Campbell* INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was     ✓     a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

*Freddie Mc Campbell*
_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PRISON
HEALTH
SERVICES
INCORPORATED**

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____ DATE: _12/15/03_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Earnest Reed_ DATE: _12/15/03_

EXPIRATION DATE: _1 YEAR_

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|---|
| Reed Earnest | | 111914 | 11/23/55 | W/m | EASTER |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

County Code                     Target Testing                     PROJECT                     ~~CHR#~~ AIS 111914

**Last Name**

REED

**First Name**                                                                                    **MI**

EARNEST                                                                                          E

**Patient Home Address**

Easterling

**City**

Clio

**State**          **Zip Code**                                     **Home Phone**

AL                                                                      -          -

---

**SSN:**          -          -                          **SEX:** ⊙ M    ○ F

**Date of Birth:** 11 - 23 - 1955

**Race:**
W   B   AI   A   AN   H/PI   O          **ETHNICITY:**
                                        Hispanic or Latino:    ○ YES   ⊙ NO

| Test Administered By: | Site Test: |
|---|---|
| ⊙ TB Staff | Health Department |
| ○ PH Nurse | ⊙ Other |
| ○ Other | |

**Reason Tested:**

| | | Risk Categories: |
|---|---|---|
| ○ Health Care Worker | ○ Foreign Born | ○ A |
| ○ Medical Risk | ○ Homeless | |
| ○ Shelter | ⊙ Jail/Prison | ⊙ B |
| ○ Student | ○ Not at Risk | |
| ○ Occupational | | ○ C |

**Contact to Case/Suspect:**    ○ YES    ○ NO

---

| **PPD ONE:** | **PPD TWO:** |
|---|---|
| Provider#:          Lot#: | Provider#:          Lot#: |
| Date of Test          Antigen | Date of Test          Antigen |
| 08 - 17 - 2004    ○ AP   ○ TU | 11 - 05 - 2004    ○ AP   ○ TU |
| Provider#: | Provider#: |
| Date Read          Result | Date Read          Result |
| 08 - 19 - 2004   00 mm  ○ Not Read | 11 - 08 - 2004   00 mm  ○ Not Read |

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other          **ADPH-TB - 26/REV-12-2002**

4739494381



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Donna Lowery*      *Sister*
Name                              Relationship

*10755  Mc Kenzie  Rd.*      *(251) 928-2928*
Street Address                              Phone Number

*Fairhope, Al.*      *Al.*      *36325*
City                          State                Zip Code

*Earnest Reed*      *111914*    *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*   *1-12-0*
Inmate Signature                      Doc#         S.S.#        Date

Witness                                           Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| *Reed  Earnest* | *111914* | *11-2355* | *w/m* | *East* |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Name **Brandy Muns**

Street Address **1034 W Fairlawns**

City **Zephyr Hills**    Relationship **niece**

Phone Number **813-783-9989**

State **Florida**    Zip Code **33542**

Inmate Signature **Earnest Kelly 111914**    DOC# **184-745880**    S.S.# **##**    Date **11-26-03**

Witness **Yulinda Glass Myr**    NKOA    Date **11-26-03**

NAME (LAST, FIRST, MIDDLE)    DOC#    Dnb

**Kelly Ernest E Jr**

6-B-110



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Reed Earnest_

Date of Birth: _11/23/53_                    Social Security No.: _111914_

Date: _4/23/05_                    Time: _10¹⁵_  A.M. ~~P.M.~~

This is to certify that I, _Reed Earnest_ , currently in
(Print Inmate's Name)

custody at the _Easturl_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _S/c — Xs show_
(Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refuse to sign_                            _____
(Signature of Inmate)**                      (Signature of Medical Person)

                                             _R. Turner COI_
_____                        _____
(Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|---|
| | Weight Change (greater 15 lbs.) | ✓ | | 165 # 2 yn Ago |
| | (Compare Weight Below) | | | Last weight at least 6 months ago |
| | Persistent Cough | | ✓ | |
| | Chest Pain | | ✓ | |
| | Blood in Urine or Stool | | ✓ | |
| | Difficult Urination | ✓ | | Occ. |
| | Other Illnesses (Details) | | ✓ | |
| | Smoke, Dip or Chew | | ✓ | |
| | ALLERGIES | | ✓ | NKDA |

Weight 264 Temp 97⁴ Pulse 80   Resp 16 Blood Pressure 140/84

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: 20/30 OD 20/30 OS 20/20 OU

| II. | TESTING – (LPN or RN) | RESULTS |
|---|---|---|
| | Tuberculin Skin Test (q yr) | Date given 11-5-04 Site LFA per Health Dept |
| | | Read on 11-8-04 Results ∅ mm |
| | Past Positive TB Skin Test → | **Survey Completed** |
| | (Chest x-ray if clinical symptoms) | Date ___ Results ___ |
| | RPR (q 3 yrs) | Date 11-26-03 Results NR |
| | EKG (baseline at 35, over 45 q 3 yrs) | 1-12-05 |
| | Cholesterol (at 35 then q 5 yrs) | Pending |
| | Tetanus/Diptheria (q 10 yrs) | Last Given 1-12-05 Due 2015 |
| | (if done today) | Site given L Del Dose 0.5 Lot # TD-107 |
| | Optometry Exam (@ 50 if not already seen) | ___ |
| | Mammogram | Date ___ Results ___ |
| | (females @ 40, q 2 yrs/other M.D. order) | |

| III. | PHYSICAL RESULTS – ( RN, Mid-Level, M.D.) |
|---|---|
| | Heart | RRR |
| | Lungs | c bl |
| | Breast Exam | b/l |
| | Rectal (yearly after 45) | Results normal |
| | with Hemocult | Results negative |
| | Pelvic and PAP (q 1 yr) | Date n/a Results ___ |

Facility East   Nurse Signature [signature]   Date ___

M.D. or Mid-Level Signature [signature]   Date 1/12/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Reed Garrest | 111914 | 11-23-55 | W/m |