

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Donna Lowery                     Sister
Name                                Relationship

10755 McKenzie Rd.                    (251) 928-2928
Street Address                              Phone Number

Fairhope, Al.            Al.               36325
City                    State            Zip Code

Earnest Reed            111914    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    1-18-05
Inmate Signature        Doc#      S.S.#          Date

Witness                                          Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Reed Earnest | 111914 | 11-23-55 | W/m | East |

PHS-MD-70003     (White – Medical Record, Yellow – Active File, Pink – Control Center)

6B 88

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**Special Diet Request**

Inmate's Name: _Reed, Earnest_ Date: _10/17/05_

Housing Location: _____

Type of Diet: _Soft diet_

Start Date: _10/17/05_     Stop Date: _1/17/06_

Special Instructions (if needed): _Soft diet x 90 day — Missing ↑_
_teeth - waiting for dentures._

Date Requested: _10/17/05_     Signature: _M Payne RN -_

60130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)

*Based Against* [handwritten]
*=111914* [handwritten]

## STEP 2

**Consent and Education Attestation** – The patient will review and sign the HCV Patient/Education Information document. (Attachment A) The patient will review and sign the HCV Evaluation and Treatment Consent form in the "determining eligibility" section. (Attachment C) CDC patient education material will also be used to provide inmates with a more complete understanding of the disease process.

*AEC* [handwritten]

## STEP 3

**Determining Eligibility** - Patients with the conditions listed as absolute exclusion criteria will be excluded from the eligibility pool because the risks outweigh the benefits of therapy. Following is a list of absolute and relative exclusion criteria. Patients who have an absolute exclusion criteria will not have further evaluation or testing unless the condition(s) resolves or improves (example pregnancy and anemia) in which case they will be reevaluated within 90 days of resolution.

### Absolute Exclusion Criteria

- ☐ Age $\leq$ 18 or $\geq$ 60
- ☐ Remaining incarceration time $\leq$ 24 months.
- ☐ Presence of an Axis I diagnosis that is <u>not</u> controlled and stable as determined by the treating psychiatrist.
- ☐ History of solid organ transplant.
- ☐ Presence or history of an autoimmune disorder.
- ☐ Presence or history of decompensated cirrhosis, presence or history of ascites or encephalopathy (albumin $\leq$ 3.2 gm/dl, bilirubin > 3.0 gm/dl).
- ☐ CBC results outside acceptable limits (Hgb $\leq$ 12 females, $\leq$ 13 for males; WBC > 3,000; ANC $\leq$ 1,500 & platelets $\leq$ 100,000/mm).
- ☐ Creatinine $\geq$ 1.7 or creatinine clearance $\leq$ 50 ml/minute.
- ☑ Normal ALT (<2.0 times normal at 0, 3 and 6 months). *ALT ✓ 16 9/05* [handwritten] *22 1/05* [handwritten] *14 7/04* [handwritten]
- ☐ Positive pregnancy test.
- ☐ Active TB
- ☐ Auto Immune Disease e.g. – Lupus, Graves Disease, R.A., M.S., Myasthenia Gravis
- ☐ Cancer – not in remission
- ☐ Hemoglobinopathies

**"No further evaluation should be completed <u>so long as the absolute criterion exists</u>."**

## Relative Exclusion Criteria

- ☐ Hepatitis B Co-infection
- ☐ Diabetes – poorly controlled with Hgb. A1C $\geq$ 9.0
- ☐ Ischemic Cardiac Disease or Cerebrovascular Disease
- ☐ Hypertension – poorly controlled
- ☐ CHF
- ☐ Peripheral Vascular Disease – Symptomatic
- ☐ COPD – severe
- ☐ Seizures – poorly controlled
- ☐ Active Thyroid Disease
- ☐ Active Gout
- ☐ Significant CNS Trauma – recent within the past six months
- ☐ Poor adherence to treatment including $\leq$ 80% of clinic visits and medications, to the extent the inmate made the choices.
- ☐ Alcohol and illicit drug use within one year.
- ☐ Interferon/Ribavirin sensitivity.
- ☐ Life expectancy < 10 years.

The provider is required to review relative exclusion criteria with the Regional Medical Director prior to proceeding with further evaluation.

## STEP 4

**Liver Biopsy** – Liver biopsy provides a unique source of information on fibrosis and assessment of histology. The information obtained on liver biopsy allows affected individuals to make a more informed choice about the initiation or postponement of antiviral treatment. Thus, the liver biopsy is a useful part of the informed consent process.

In general, a baseline assessment of liver histology offers a valuable standard for subsequent comparisons. However, the appropriate interval for subsequent evaluations is yet to be determined. A biopsy will be required prior to initiating medication for patients with Hepatitis C viremia with genotype 1A or 1B. A biopsy will not be required for genotypes 2, 3 & 4 <u>and</u> for patients with compensated cirrhosis.

## Stage III - Medication Treatment

The provider will initiate a treatment plan including medication treatment if the patient is determined to be eligible and the patient consents for medical treatment by signing patient education document and the HCV consent form in the medication initiation section.

## HCV Disease: Evaluating patient new to a facility on medication for HCV disease

# MENTAL HEALTH SCREENING FORM

## MENTAL STATUS QUESTIONNAIRE

1. Are you now, or have you been treated for a mental or emotional problem                (Yes) No

    (If yes, where, when and what for?) 1998 — Birmingham, Al— meds

2. Are you now, or have you been on medication for these problems?                (Yes) No
    (Medication, Doctor) Elav. l Xanax — Dr Harold

3. Have you ever attempted suicide? (If yes, while in jail?)                Yes (No)
    How? When? Where?_____

4. Are you suicidal now?                Yes (No)

5. Do you have a plan to hurt yourself? _____                Yes (No)

6. Have you ever cut or hurt yourself? _____                Yes (No)

7. Would you like to speak to one of our Mental Health Counselors? _____                (Yes) No

8. Do you hear voices or see things that others do not? _____                Yes (No)

9. Does the patient appear developmentally delayed? _____                Yes (No)

Location of injuries/problems



## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2-20-01 | 11:59am | "S" My nerves are bad and I can't sleep. I want Elavil. | |
| | | "O" Oriented X3, good eye contact, smiling, laughing. | |
| | | "A" Poly Substance Abuser who reported drinking excessive amount of coffee and eating an excessive amount of junk food. No thought disorder noted. mild wt none. R/o Med setting. | |
| | | "P" Counseled on nutrition and sleep hygiene. Instructed to let this worker know if he did not improve. — | [signature] |

### Patient's Name (Last, First, Middle)

Reed, Earnest

**AIS#** 111914

**Age/DOB** 1-23-55

**R/S** w/m

**Facility** ECF

# PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: _Reed, Ernest_ AIS#: _111914C_ R/S: _W/M_

Date: _12/4/03_ Date of Birth: _11/23/55_ Age: _48_

Beta II: _n9_ WAIS: _?/_ WRAT-RL _4.2_

Last School Grade Completed: _8_ Special Education Classes: Yes (No)

MMPI Welsh Code: _4'49/8/3/5 0_ Megargee Type: _F 2 F_

## General Appearance

- [x] a. Neat and generally appropriate
- [ ] b. Poorly groomed
- [ ] c. Flat or avoiding interaction
- [ ] d. Sad or worried
- [ ] e. Other _____

## I. Interpersonal Functioning

- [ ] a. Normal good relationships likely
- [ ] b. Withdrawn/apparent loner
- [ ] c. Likely to ignore rights/needs
- [ ] d. Lacks skill or confidence
- [ ] e. Probably difficult to get along with

Other (Specify) 1. 2. 3. 4. 5. 6.
(See Copy) _3x married / 1 child_

## II. Personality

- [ ] a. Healthy
- [x] b. Antisocial
- [ ] c. Paranoid
- [ ] d. Explosive
- [ ] e. Dependent
- [ ] f. Passive-Aggressive

Other (Specify):
1. Schizoid   4. Narcissistic   7. Compulsive
2. Schizotypal   5. Borderline   8. Atypical/mixed
3. Histrionic   6. Avoidant
9. See Copy (Write in your wording) _____

## III. Substance Abuse

- a. Alcohol addiction/abuse history _alcohol_
- b. Drug addiction/abuse history _____

*See manual for selections and numbers for "other"

**PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM**
Page 2                                          Name: _Reed, Ernest_

### III.  Substance Abuse (continued)
_____ c.  Current use _____ _denies_
_____
_____ d.  Current addiction _____ _heroin w/ opiates_
_____

Other* (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

### IV.  Emotional Status
_____ a.  No significant problems
_____ b.  Depressed
_____ c.  Anxious or stressful
_____ d.  Angry or resentful
_____ e.  Confusion or psychotic symptoms
_____ f.  Mood disturbances
_____ g.  Sexual maladjustment

    History of sex offenses?          Yes      (No)
_____ h.  Paranoid ideation
_____ i.  Sleep/appetite disorder _____ _No problems_

Other (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.
    (See copy)

Emotional response to incarceration _____ _Okay_

### V.  Mental Deficiency
_____ a.  Mild                          _____ d.  Borderline
_____ b.  Moderate                      _____ e.  Organic impairment suspected
_____ c.  Severe                        _____ f.  Memory deficit

Remarks: _____

    History of cerebral trauma or seizures?     Yes     (No)

                             * See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                                    Name: _Reed, Ernest_

<u>Mental Health History</u>
_____ a. Outpatient treatment (dates/where) _Lapu Terry '02_
_____ b. Inpatient treatment (dates/where) _denie_
_____ c. Psychotropic medication (type/effectiveness) _Elvil, XANAX_
          _no meds current_
_____ d. Family history of mental illness _Sister has hx of mental illness_

VI. <u>Management Problems</u>
_____ a. Suicide potential    Ideation?   Yes   (No)   Plans?   Yes   (No) ____
          History of attempts/gestures _____
_____ b. Serious mental illness (specify) _____

_____ c. Impulsive/acting out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative/untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _fled to Mexico to_
          _AWA of avoid AP_
_____ h. Assaultiveness _____

          History of expressively violent behavior?          Yes   (No)

Other (Specify) _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.
(See Copy) _____

VII. <u>Educational Needs</u>
_____ a. ABE    _____ b. Special Education    _____ c. Trade School    _____ d. Junior College

VIII. <u>Mental Health Needs</u>
_____ A. Refer to psychiatrist          _____ E. Sexual adjustment          _____ I. Self-concept enhancement
_____ B. Substance abuse counseling    _____ F. Reality therapy            _____ J. Healthy use of leisure
_____ C. Depression                    _____ G. Anger-induced acting out   _____ K. Personal development
_____ D. Stress management             _____ H. Values clarification

RECOMMENDATIONS/REMARKS: _Severe hrepatopati_
_____
_____

MENTAL HEALTH CODE: ___ SMI ___ HARM: ___ (HXT) (NONE)

Evaluation Completed by: _Barbara Jan___ Date: _12/4/02_

*See manual for selections and numbers for "other"

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

| | | | |
|---|---|---|---|
| Client | : REED, EARNEST | Age | : 48 |
| Sex | : Male | Marital Status | : |
| Education | : | Date of Birth | : 11/23/1955 |
| File Name | : 111914 | | |

Prepared for: Kilby Correctional Facility on 12/01/2003

------------------------

    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                          PAGE   2
PREPARED FOR: Kilby Correctional Facility

```
                -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

            L    F    K    Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
    110 -- -- -- -- -- + -- -- -- -- -- -- -- -- -- -- 110
         -              +                                    -
         -              +                                    -
         -              +                                    -
         -              +                                    -
    100 --              +                                    -- 100
         -              +                                    -
         -              +                                    -
         -              +                                    -
         -              +                                    -
     90 --              +                                    -- 90
         -              +                                    -
         -              +                                    -
    ━━━━━━━━━━━━━━━━━━━━━+━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
         -              +                                    -
     80 --              +                                    -- 80
         -              +              *                     -
         -              +                                    -
         -              +                                    -
         -              +                                    -
     70 --         *    +                                    -- 70
         -              +                                    -
         - -- -- -- + -- -- -- -- -- -- -- -- -- -- -
         -              +                                    -
         -              +                                    -
     60 --              +                                    -- 60
         -              +                                    -
         -              +                   *         *      -
         -              +                        *           -
         -              + *    *                              -
     50 -- -- -- -- + -- -- -* -- -- -- -- -- -- -- -- 50
         -    *         +                                    -
         -              +                *                   -
         -              +                                    -
         -         *    +                                    -
     40 --              +                               *    -- 40
         -              +                                    -
         -              +                               *  -
         -              +                                    -
         -              +                                    -
     30 --              +              *                     -- 30
         -              +                                    -
         -              +                                    -
         -              +                                    -
         -              +                                    -
     20 -- -- -- -- + -- -- -- -- -- -- -- -- -- -- -- 20
                      1    2    3    4    5    6    7    8    9    0
            L    F    K    Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
  Score    48   42   70   51   52   50   77   30   46   55   53   56   36
Unanswered (?) Items = 197

Welsh Code:  4'978213/6:05# K'L:F:
```

MMPI-2 INTERPRETIVE REPORT                                      PAGE   3
PREPARED FOR: Kilby Correctional Facility

-- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | Spike 4 | 4-5/5-4 |
| Coefficient of Fit: |  |  | .94 | .97 |
| Scores: | ? (raw) | 197 |  |  |
|  | L | 48 | 56 | 54 |
|  | F | 42 | 53 | 57 |
|  | K | 70 | 54 | 52 |
|  | Hs (1) | 51 | 50 | 50 |
|  | D  (2) | 52 | 54 | 53 |
|  | Hy (3) | 50 | 51 | 52 |
|  | Pd (4) | 77 | 71 | 73 |
|  | Mf (5) | 30 | 44 | 73 |
|  | Pa (6) | 46 | 50 | 52 |
|  | Pt (7) | 55 | 50 | 53 |
|  | Sc (8) | 53 | 51 | 54 |
|  | Ma (9) | 56 | 51 | 55 |
|  | Si (0) | 36 | 47 | 46 |
| Mean Clinical Elevation: |  | 55 | 54 | 55 |
| Ave age-males: |  |  | 33 | 29 |
| Ave age-females: |  |  | 31 | 28 |
| % of male codetypes: |  |  | 7.7% | .4% |
| % of female codetypes: |  |  | 3.5% | .8% |
| % of males within codetype: |  |  | 82.2% | 51.1% |
| % of females within codetype: |  |  | 17.8% | 48.9% |

---

Configural clinical scale interpretation is provided in the
report for the following codetype(s):

Spike 4

---

MMPI-2 INTERPRETIVE REPORT                                              PAGE    4
PREPARED FOR: Kilby Correctional Facility

-- CONFIGURAL VALIDITY SCALE INTERPRETATION --


        There is no information available for this configuration of
scales for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.



-- VALIDITY SCALES --


? (raw) = 197

        This profile is very likely invalid and probably should not
be interpreted because the number of unanswered items is greater
than 30.

L     T = 48

        L scores in this range are usually obtained by individuals
who generally respond frankly and openly to the test items and
are willing to admit to minor faults.

F     T = 42

        F scores in this range may indicate that the individual is
either denying serious psychopathology by underreporting actual
problems or is actually relatively free from stress.

K     T = 70

        Scores in this range are usually obtained by individuals who
exhibit extreme defensiveness, try to maintain a facade of
adequacy and control, and admit to no problems or weaknesses.
These individuals exhibit a serious lack of personal insight and
understanding of their own behavior.  They may be seriously
disturbed psychologically but are reluctant to look at the
sources of their problems and difficulties. These individuals are
often rigid, inflexible, and intolerant of unconventional
attitudes, beliefs, and behaviors.  The prognosis for
psychological intervention is usually very poor.

MMPI-2 INTERPRETIVE REPORT                                          PAGE   5
PREPARED FOR: Kilby Correctional Facility


                  -- CONFIGURAL CLINICAL SCALE INTERPRETATION --


        Spike 4 Codetype


        Clinical Presentation:

             This codetype is the most frequently occurring in both men
        and women, although it is much more frequent in men.  Review of
        the supplementary and content scales is important for additional
        understanding of the multiple types of persons with this
        codetype.  In addition, the role of several moderator variables
        such as intellectual level, educational achievement, and
        socioeconomic status, needs to be considered to understand how
        the potential behaviors may be manifest.  Marital problems,
        substance abuse, sexual acting-out, delinquent behaviors,
        academic underachievement, and/or legal difficulties are
        potential problems, although persons with this codetype will not
        exhibit any of these behaviors nearly as frequently as other
        codetypes in which Scale 4 is elevated such as 4-8/8-4, 4-9/9-4,
        etc.

             These individuals are very comfortable with themselves and
        their behavior.  As a consequence they report little emotional
        distress and few physical symptoms.  They indicate that they are
        happy most of the time.  They think clearly and rationally, and
        report good insight into their own behavior.  Memory and
        concentration are very good.

             The self-concept of these individuals is outwardly very
        good.  However, this may be a facade for underlying feelings of
        insecurity, inadequacy, and dependency.

             They are extraverted and make a good first impression on
        others, but this impression is not very lasting.  Their
        interpersonal relationships are often shallow, superficial, and
        meaningless.  These relationships are typically not reciprocal
        and are marked by distrust, a lack of empathy, and
        irresponsibility.


        Treatment:

             The prognosis is guarded unless treatment begins early in
        the life of the individual.  These individuals experience little
        personal distress and they expect others to change to meet their
        expectations rather than undertaking any serious examination of
        their own behavior.

MMPI-2 INTERPRETIVE REPORT                                              PAGE    6
PREPARED FOR: Kilby Correctional Facility

Possible Diagnoses:

      Axis I    - Rule Out Adjustment Disorder
                    Rule Out Cyclothymia
                    Rule Out Psychoactive Substance Abuse Disorders

      Axis II   - Rule Out Antisocial Personality Disorder
                    Rule Out Narcissistic Personality Disorder

## -- CLINICAL SCALES --

Hs (1)   T = 51

Scores in this range are considered to be within normal limits.

D  (2)   T = 52

Scores in this range are considered to be within normal limits.

Hy (3)   T = 50

Scores in this range are considered to be within normal limits.

Pd (4)   T = 77

Scores in this range are typically obtained by individuals who are characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. These individuals are likely to be impulsive, unreliable, egocentric, and irresponsible. They often have little regard for social standards. They often show poor judgment and seem to have difficulty planning ahead and benefiting from their previous experiences. They make good first impressions but long term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within this range.

Mf (5)   T = 30

Males obtaining scores within this range usually identify strongly with the traditional masculine role. They may over-emphasize their strength and physical ability.

MMPI-2 INTERPRETIVE REPORT                                    PAGE   7
PREPARED FOR: Kilby Correctional Facility

Pa (6)  T = 46

    Scores in this range are considered to be within normal
limits.

Pt (7)  T = 55

    Scores in this range are considered to be within normal
limits.

Sc (8)  T = 53

    Scores in this range are considered to be within normal
limits.

Ma (9)  T = 56

    Scores in this range are considered to be within normal
limits.  Normal adolescents and college students tend to score in
the upper end of this range (T-scores of 54-57).  Persons older
than 60 who score in the upper end of this range are likely to be
overly energetic and active.

Si (0)  T = 36

    Scores in this range are usually obtained by individuals who
are socially extroverted, outgoing, and gregarious.  These
individuals have a strong need to be around other people.  Very
low scores are suggestive of individuals who generally form
superficial and insincere social relationships.  They may be seen
by others as impulsive, immature, opportunistic, and
manipulative.  They may have difficulty forming meaningful,
intimate relationships.


                              -- ADDITIONAL SCALES --


    No additional scales were selected for interpretation by
the user.


                                 END OF REPORT
                                 * * * * * * * *