# PRISON HEALTH SERVICES
# SEGREGATION LOG

6/25

Name: Reed, Ernest AIS 111914 DOB ______ UNIT ______ YEAR 2005

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | NC | NC | NC | NC | NC | |
| JULY | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC |
| AUGUST | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC |
| SEPTEMBER | NC | NC | NC | NC | | NC | NC | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:
- M – MEDICAL
- D – DENTAL
- P—PSYCHIATRIC
- N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL

[signatures]

NC 072



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Reed, Ernest (Print Name) 111914 (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis describe ______

( ) Wheelchair

( ) Cane

( ) Crutches

(✓) Other describe A.B.D. Binder X 1

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

Earnest Reed #111914 (Inmate) 7-7-05 (Date)

L. Ewing LPN (Witness) 7-7-05 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Reed, Ernest | 111914 | 11-23-55 | W/M | Easterling |

PHS-MD-70005 **(White – Medical File, Yellow – Security Property Officer)**



B 20

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-7-05

**To:** DOC

**From:** HCU

**Inmate Name:** REEd, ERNEST **ID#:** ~~111914~~ 111914

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra ______ until ______
5. Other

**Comments:**

(1) Bottom Bunk profile, No pro long standing, No heavy lifting x 6mo. 7/7/05 – 1/7/06

(2) Abd Binder x 6mo. 7/7/05 – 1/7/06

Earnest Reed #111974

**Date:** 7/7/05 **MD Signature:** Dr. Darbouze / CO **Time:** 2:35 p.m.

60418

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 7/7/05 Time: 8am Facility: Easterling

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** [illegible] Hep C
No GI [illegible].

**OBJECTIVE:** BP 120/72 HR 68 RR 18 Temp 96.2 Wt 211 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Head, [illegible] Heart: [illegible], [illegible].
Lungs: LTA Abdomen: [illegible]
[illegible]: [illegible] [illegible] [illegible]
+ [illegible] Hernia
[illegible]: intact

Hgb: 15
141 | 21 | 143
3.6 | 0.9 |
SGOT: 22
SGPT: 22
GGT: 18
Bili: tot: 1.3
Prot: 6.9/4.1

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI (circled) | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F (circled) | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S (circled) | W | I | S | W |

**PLAN:** [illegible] [illegible] [illegible] [illegible] Therapy.
No [illegible] indicated.

**F/U:** Routine 90 days:______Other 6 Months Problem List Updated: Yes (circled) No

[signature] MD.
Physician/NP/PA

Reed Earnest
NAME

111914
AIS#

M
GENDER

W
RACE

11/23/55
DOB

(Revised 2/28/05)



Attachment E, IMPP 10-127
Effective 3-22-91

**DEPARTMENT OF CORRECTIONS**

# REFUSAL TO SUBMIT TO TREATMENT

Date: 2-24-05 Time: 10:30 A.M. P.M.

I have been advised by Medical Staff PHS

that it is necessary for me to undergo the following treatment:

Influenza shot
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release the above named Medical Personnel, the Easterling (Name of Facility), and its agents and employees from any liability.

Inmate: X [signature] 123606 Date: 2-24-05

Witness: [signature] Date: 2-24-05

Witness: [signature] Date: 2/24/05

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Reed, George | 123606 | 7-15-? | BM | ECF |

PHS-MD-70032

DOC # 010-127-004



PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Earnest Reed

Date of Birth: 11-23-55 Social Security No.: 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

Date: 5-1-04 Time: ______ A.M. P.M.

This is to certify that I, Earnest Reed (Print Inmate's Name), currently in custody at the ECF (Print Facility's Name), am refusing to accept the following treatment/recommendations: S/C (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Earnest Reed (Signature of Inmate)** | D Scott LPN (Signature of Medical Person)

(Witness) | (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Earnest Reed

Date of Birth: 11-23-55 Social Security No.: ____________

Date: 4-26-04 Time: 7:45 am (A.M.) P.M.

This is to certify that I, Earnest Reed w/m 11194 (Print Inmate's Name), currently in custody at the ECF (Print Facility's Name), am refusing to accept the following treatment/recommendations: refuse dental screening (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Earnest Reed (Signature of Inmate)** — [signature] (Signature of Medical Person)

Elissa Andrews (Witness) — ____________ (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PRISON HEALTH SERVICES INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Reed Earnest

Date of Birth: 11/23/53 Social Security No.: 111914

Date: 4/23/05 Time: 10 05 A.M. P.M.

This is to certify that I, Reed Earnest (Print Inmate's Name), currently in custody at the Easterling (Print Facility's Name), am refusing to accept the following treatment/recommendations: S/C - no show (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Refuse to sign (Signature of Inmate)** | (Signature of Medical Person)

(Witness) | R. Farmer COI (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Earnest Keen

Date of Birth: 11-23-55 Social Security No.: 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

Date: 4-12-04 Time: 10:00 p.m. A.M. P.M.

This is to certify that I, Earnest Keen (Print Inmate's Name), currently in custody at the ______ (Print Facility's Name), am refusing to accept the following treatment/recommendations: SK 4-12-2004 (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Earnest Keen (Signature of Inmate)** — [signature] (Signature of Medical Person)

______ (Witness) — ______ (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Earnest Reed

Date of Birth: 11-23-55 Social Security No.: 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

Date: 3-11-04 Time: 9:23 A.M. P.M.

This is to certify that I, Earnest Reed Earnest Reed (Print Inmate's Name), currently in custody at the ________ (Print Facility's Name), am refusing to accept the following treatment/recommendations: ________ (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Earnest Reed
(Signature of Inmate)**

(Signature of Medical Person)

[signature] CO1
(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Reed Earnest

Date of Birth: 11/23/55 Social Security No.: 111914

Date: 2/4/04 Time: 9:00 p A.M. P.M.

This is to certify that I, Reed Earnest (Print Inmate's Name), currently in custody at the Easterling (Print Facility's Name), am refusing to accept the following treatment/recommendations: SC (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Refused
(Signature of Inmate)**

[signature]
(Signature of Medical Person)

(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Earnest Reed

Date of Birth: 11-23-55 Social Security No.: 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

Date: 2-25-04 Time: 7:15 p.m A.M. P.M.

This is to certify that I, Earnest Reed (Print Inmate's Name), currently in custody at the Easterling (Print Facility's Name), am refusing to accept the following treatment/recommendations: S/C 2-25-2004 (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Earnest Reed (Signature of Inmate)** [signature] (Signature of Medical Person)

(Witness) (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Reed, Earnest **BCDC#:** 111914

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

Earnest Reed
Patient's Signature

5-19-04
Date

[signature] D.D.S.
Dentist's Signature

5-19-04
Date



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Reed Earnest **BCDC#:** 111914

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

X Earnest Reed
Patient's Signature

3/10/04
Date

[signature]
Dentist's Signature

3/10/04
Date