# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

E A Stewlin
_____
INSTITUTION

Reed, Ernest Jr.        112914      W/M
_____ NAME _____  NUMBER   R/S

Lay-in for _____ days from _____ to _____
                                    (date)

_____ due to _____
         (date)

Inmate's Name: _____

Date of Birth: _____

Date: _____                                    A.M.
                                                P.M.

This is to certify th__                         ently in

Instructions: Bottom Bunk profile &
No heavy lifting profile
No greater than 10 lbs. X
6 mo. 2/4/04 — 8/4/04

custody at the _____                           using to

accept the following t__

**Failure to follow the directions above may result in a disciplinary.**

I acknowledge tha__                             e risks
involved in refusing the__                      ctional
personnel, Prison Heal__                        om this
action/refusal and I pe__

_____           Earnest Reed
Date Issued               Signature

F-53
    (Witness)                       (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



# EMERGENCY

| ADMISSION DATE 6/24/05 | TIME 9:15 PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

**ALLERGIES:** NKA

**CONDITION ON ADMISSION:** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 99.0 ORAL/RECTAL   RESP. 20   PULSE 118   B/P 110/80   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S - "DOC BODY CHART"
O - A&Ox3. Escorted to HCU in handcuffs. Skin warm/dry. Resp even wt unlabored. Reports to this nurse that during a fight c̄ another inmate, he hit his head on a bench. Abrasion to (R) earlobe noted. Bluish-red discoloration noted to tip of nose let (L) side of nostril. Ø further injuries noted. Inmate denies further injuries.
A - DOC BODY CHART

**PHYSICAL EXAMINATION**

P - Clean abrasion c̄ saline, apply dry drsg. Instructed inmate to keep abrasion dry & clean. Release to DOC

**Body chart annotations:** R abrasion (ear), Bluish red discoloration (nose). PROFILE RIGHT OR LEFT. RIGHT OR LEFT (hands).

Legend: ABRASION ///, CONTUSION #, BURN xx/xx, FRACTURE Z/Z, LACERATION/SUTURES

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS:** —

**INSTRUCTIONS TO PATIENT:** —

| DISCHARGE DATE 6/24/05 | TIME 9:25 PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

**NURSE'S SIGNATURE:** Christy, LPN   **DATE:** 6/24/05
**PHYSICIAN'S SIGNATURE:** [signature]   **DATE:** 6/27/05
**CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Reed, Earnest   **DOC#** 111914   **DOB** 11/23/55   **R/S** W/M   **FAC.** ECF



# EMERGENCY

**PHS – Prison Health Services Incorporated**

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Easterling | | SICK CALL ☑  EMERGENCY ☐ |
| --- | --- | --- | --- | --- |
| 4/15/05 | 820 PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | OUTPATIENT ☐ |

ALLERGIES: NKDA   Wt 215

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.7  ORAL/RECTAL   RESP 20   PULSE 80   B/P 122/70   RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S "I feel like I have the flu. I have a bad headache."

O- W/M to HCU. Alert et Oriented x 3. Skin warm et dry to touch. Resp even et unlabored. ⊕ headache. ⊕ nasal drainage. ⊕ nasal congestion. No swelling or redness to ears or throat.

**PHYSICAL EXAMINATION**

No acute distress noted.

A- alt in comfort

P- See orders. Increase fluids as tolerated.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / ____ SUTURES |
| --- | --- | --- | --- | --- |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| Tylenol 1 gram BID x 7 days | | |
| CTM ÷ BID x 7 days | | |
| Sudafed ÷ BID x 7 days | | |
| V.O. Darbouze/Brothpn | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

As above.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE: ☐ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
| --- | --- | --- | --- | --- |
| 4/15/05 | 830 PM | | | |

NURSE'S SIGNATURE: Brothpn   DATE 4/15/05   PHYSICIAN'S SIGNATURE: ___   DATE 4/15/05   CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
| --- | --- | --- | --- | --- |
| Reed Earnest | 111914 | 11-23-55 | W/M | ECF |

PHS-MD-70007



# EMERGENCY

| Field | Value |
|---|---|
| ADMISSION DATE | 9/27/04 |
| TIME | 4:40 AM |
| ORIGINATING FACILITY | ECF |
| SIR / PDL / ESCAPEE | ☐ |
| SICK CALL | ☒ |
| EMERGENCY / OUTPATIENT | ☐ |
| ALLERGIES | NKDA   Wt 205 |
| CONDITION ON ADMISSION | ☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
| VITAL SIGNS: TEMP | 97.4 ORAL |
| RESP | 20 |
| PULSE | 76 |
| B/P | 120/60 |

**NATURE OF INJURY OR ILLNESS**

S: "I woke up last night with a fever and sore throat, sneezing, coughing, nasal congestion."

O- w/m A&Ox3. Skin warm & dry to touch. Resp even & unlabored. Bilateral lung sounds clear. C/o coughing, sore throat when swallowing ⊕ nasal congestion.

**PHYSICAL EXAMINATION**

Slight redness noted to throat. Ø swelling of glands in neck. No acute distress noted.

A - alt in comfort

**ORDERS / MEDICATIONS / IV FLUIDS**

- Tylenol 1gram BID x 5 days  error
- Sudafed 60mg ÷ BID x 3 days
- Motrin 600mg ÷ BID x 5 days
- Guiatuss Syrup 2tsp BID x 3 days
- V/o Dr. Dankwunje / DSuttips

**DIAGNOSIS:** X X

**INSTRUCTIONS TO PATIENT:** as above

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 9/27/04 | 5:00 AM | ☒ DOC  ☐ AMBULANCE | ☒ SATISFACTORY  ☐ FAIR  ☐ POOR  ☐ CRITICAL |

NURSE'S SIGNATURE: DSuttips  DATE: 9/27/04
PHYSICIAN'S SIGNATURE: [signature]  DATE: 11/30/04

| INMATE NAME | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Reed, Earnest | 111914 | 11/23/55 | W/M | ECF |

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| | |
|---|---|
| ADMISSION DATE: 4/12/04 | TIME: 530 AM/**PM** |
| ORIGINATING FACILITY: Easterling | ☐ SIR ☐ PDL ☐ ESCAPEE |
| ☑ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |
| ALLERGIES: NKDA   Wt 184 | CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| VITAL SIGNS: TEMP 98.6 ORAL/RECTAL   RESP. 20   PULSE 92   B/P 140/80 | RECHECK IF SYSTOLIC <100 > 50 |

**NATURE OF INJURY OR ILLNESS**

S- "DOC bodychart"

O- BIM to HCU. A+O x3. Skin warm & dry to touch. Resp even & unlabored. No injuries noted. Denies any other injuries. No acute distress noted. No c/o voiced.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A- DOC bodychart
P- Release to DOC.
RTC prn.

**ORDERS / MEDICATIONS / IV FLUIDS** | **TIME** | **BY**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
As above

| DISCHARGE DATE: 4/12/04 | TIME: 538 AM/**PM** | ☑ RELEASE/TRANSFERRED TO | ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE: ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE: Scott LPN | DATE 4/12/04 | PHYSICIAN'S SIGNATURE | DATE 4-13-04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE): Reese Edward | DOC# 190031 | DOB 7-26-78 | R/S B/M | FAC. ECF |



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/15/03 10⁰⁰ | P. Access to Healthcare gris. Reid to Easterling [signature] |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Reid Earnest | 111914 | 11/23/55 | WM | Easterling |

PHS-MD-70049    **Complete Both Sides Before Using Another Sheet**

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 9/19/05  Time: 830a  Facility: ECF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB   Hep. C

**SUBJECT:** 49 wm h ccc  ?new c/o uo iwk today O2 96%

**OBJECTIVE:** BP 10/72 HR 70 RR 16 Temp 97.8 Wt 204 Peak Flow ___
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NAD OSS A&Ox3
HEENT wnl @ fundus    ○N/V    labs √ 1/05 chem 7 wnl LFT wnl
CV RRR
lungs CTA
Abd soft nt Ohepatomegly
Ext ⊖Ecc ® © slight edema non-pitting

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** Repeat DPII fasting
renew Zantac 150mg T po BID x 180 day rep

F/U: Routine 90 days: ✓  Other ___   Problem List Updated: (Yes)  No

↑Fluids ↑Hygiene
↑TLC for Better  _____
DP/GI cntrl           Physician/NP/PA

Reed Earnest _____   111914
        NAME                          AIS#

M              W              11/23/55
GENDER       RACE            DOB

(Revised 5/18/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 9/19/05    Time: 830    Facility: ECF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB  Hep.C

**Vital Signs:** BP 107/72  P 70  R 16  T 97⁸   O₂ Sat 96%

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __ Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____ Dates:_____

ALLERGIES: NKDA                              CURRENT DIET: Reg
MEDICATIONS: See below
DESCRIBE MED AND DIET ADHERANCE: _____
DESCRIBE ANY MED SIDE EFFECTS: _____
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____: CD4 & HIV-RNA __/__ on____:
Peak Flow____: LFTs____ on____; Serum Drug Levels __ on____; EKG 1/05; CXR____:

Medications:

Zantac

Patient Educated on: _____

Inmate Signature: Earnest Reed

Nurses Signature and Title: S Bushman

Reed, Earnest                        11191[?]
        NAME                            AIS

M                      W                11/23/55
GENDER              RACE               DOB

(Revised 05/18/05)



# DEPARTMENT OF CORRECTIONS
## NURSE'S
## CHRONIC CARE CLINIC
## SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 02/17/05 | 1:31 pm | | | | ALLERGIES NKA |
| | | S: 30 DAY CHRONIC CARE CLINIC | | | |
| | | O: VS T 97.1 P 68 R 16 BP 118/80 WT 215 | | | |
| | | ∅ abd pain ∅ rash no N/V/D CTA, BS√ Skin w/b | | | P: LABS ∅ |
| | | | | | ORDERS: ∅ |
| | | | | | MEDICATION: ∅ |
| | | | | | F/U CCC WITH NURSE EVERY 90 DAYS. |
| | | | | | F/U CCC WITH MD EVERY 90 DAYS. |
| | | Earnest Reed | | | SIGNATURE: |

INMATE NAME: Reed, Garnet  D.O.B. 1/13/55  AGE 49  RACE/SEX WM  ID# 111914

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 7/7/05   Time: 8am   Facility: Easterling

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:** r/ Hep C
No GI Sx.

**OBJECTIVE:** BP 120/72  HR 6x  RR 18  Temp 96²  Wt 211  Peak Flow ____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

HEAD, VSS   HEENT: benign, clear.
Lungs: CTA   Heart: RRR
HSM: (illegible)    
Neuro: intact

SGOT: 22
SGPT: 44
GGT: 78
Bili tot: 1.3
Alk: ?-9/4.1

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI (circled) | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G (F) P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I (S) W | I S W |

**PLAN:** Inform about risk of transmission.
No tx indicated.

F/U: Routine 90 days: ____  Other: 6 months   Problem List Updated: (Yes)  No

_____ MD
Physician/NP/PA

Reed Earnest             111914
NAME                     AIS#

M         W         11/23/55
GENDER    RACE      DOB

(Revised 2/28/05)

DEPARTMENT OF CORRECTIONS
NURSE'S
## CHRONIC CARE CLINIC
## SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 02/17/05 | 1:31 pm | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES NKA |
| | | O: VS T 97¹ P 68 R 16 BP 118/80 WT 215 | | | |
| | | ⌀ abd pain ⌀ rash no N/V/D CTA, BS✓ skin w/b | | | P: LABS ⌀ |
| | | | | | ORDERS: ⌀ |
| | | | | | MEDICATION: ⌀ |
| | | | | | F/U CCC WITH NURSE EVERY 90 DAYS. |
| | | | | | F/U CCC WITH MD EVERY 90 DAYS. |
| | | Earnest Reed | | | SIGNATURE: |

INMATE NAME: Reed, Garnet   D.O.B. 1/2/55   AGE 49   RACE/SEX WM   ID# 111914



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /<br>ALLERGIES:<br><br>Use Last   Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /<br>ALLERGIES:<br><br>Use Fourth  Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Reed Earnest<br><br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>noted 10/07/05 M.Payne RN DSO<br>Use Third  Date 10/7/05 | DIAGNOSIS (If Chg'd) Missing upper teeth unable to chew<br>Soft Diet x 90 days<br>Bengay BID PRN x 14 days<br>Penicillin II tab BID PRN x 30 days<br><br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>noted SB 9/23/05 1030<br>Use Second  Date 9/23/05 | DIAGNOSIS (If Chg'd) GERD.<br>↓ Zantac ↓ x 90 days<br>Bid<br><br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Reed Earnest<br>111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>noted SB 9/19<br>Use First  Date 9/19/05 | DIAGNOSIS<br>Hep C +<br>Zantac 150mg 1po BID x 180 days Reap<br>CPII fasting done<br>SB<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  Haycrue |

**MEDICAL RECORDS COPY**

60110 (4/03)

Case 2:05-cv-00770-CSC    Document 15-7    Filed 11/09/2005    Page 13 of 13



**PHS PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Reed Earnest<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Last    Date 1/10/04 | DIAGNOSIS (If Chg'd)<br>Abd binder for ventral hernia to keep<br>Bottom bunk, no prolonged standing, no heavy<br>lifting profile x 6 months<br>noted BSch 1/10/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Fourth    Date 9/27/04 | DIAGNOSIS (If Chg'd)<br>Sudafed 60mg ī BID x 5 days<br>Motrin 600mg ī BID x 5 days<br>Guiatuss Syrup 2 tsp BID<br>x 3 days<br>VO Dr. Barboure/ BS 04<br>noted BSch 9/27/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Third    Date 7/13/04 10AM | DIAGNOSIS (If Chg'd)<br>HgbA,c<br>noted SB 7/13/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Second    Date 7/08/04 | DIAGNOSIS (If Chg'd)<br>Accucheck BID (fasting and after meal) x 3 days<br>Abd binder for hernia to keep<br>Bottom bunk, no prolonged standing, no heavy<br>lifting x 6 months - slide profile x 30 days<br>7-9-04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use First    Date 6/30/04  1140 | DIAGNOSIS<br>Diagnostic profile II before appt.<br>noted SB 6/30/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)    **MEDICAL RECORDS COPY**