

PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: ~~Reed Earnest~~ 1140AM

D.O.B. 11/23/55

ALLERGIES: NKDA

Use Second Date 5/11/04

DIAGNOSIS (If Chg'd) ~~Ventral Hernia~~ ~~Incarcerated~~

r/o 6 Months

1 - Belt for Ventral Hernia to keep

2 - No Heavy lifting profile x6 Months

Tmaden cx to feet 3x x14 tgr

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Reed Earnest 111914

D.O.B. 11/23/55

ALLERGIES: NKA

Use First Date 4/15/04

DIAGNOSIS

arthritis abd hernia

Motrin 600 mg Bid x 90 days

avoid gas producing veg. & heavy lifting

Profile to wear Cooper Brace

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Reed, Earnest<br>noted 8B 3/10/04 10am<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Last Date 3/10/04 | DIAGNOSIS (If Chg'd) Motrin 600mg † bid x 3 days<br>[signature]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest 111914<br>D.O.B. 11/23/55 Noted BC Macomal [illegible] 2/19/04<br>ALLERGIES: NKDA<br>Use Fourth Date 2/18/04 | DIAGNOSIS (If Chg'd) Refer to mental health -<br>[signature] Anderson<br>PVO Dr. Anderson / [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed, Earnest 111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKA<br>Use Third Date 2/18/04 | DIAGNOSIS (If Chg'd) Surgery refused<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] Anderson |
| NAME: ~~Reed Earnest~~ 111914<br>D.O.B. 11/23/55 noted [illegible] 2/4/04 2:25 A<br>ALLERGIES: NKDA<br>Use Second Date 2/4/04 | DIAGNOSIS (If Chg'd) ~~Abd. hernia~~<br>Bottom Bunk x 6 mon, No heavy lifting (>10 lbs).<br>F/U c̄ MD regarding possible surgical consult!<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED C Cooley CRNP |
| NAME: Reed, Earnest # 111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use First Date 11/26/03 | DIAGNOSIS ① Elavil 100mg po qHS x 7d<br>V/O Dr McKinney / [illegible]<br>[signature] McGuinness<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Last Date 7/7/05 | DIAGNOSIS (If Chg'd) Ventral Hernia, GERD, Sprain R shoulder<br>BBP, no prolong standing, no heavy lifting X 6 Months<br>Zantac 150mg ii Po BID x 90 days<br>Percogesic ii Po TID PRN x 14 days<br>Abd Binder x 6 Months<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed, Earnest<br>AIS# 111914C noted 3-28-05 V. Rippons<br>D.O.B. 11/23/55<br>ALLERGIES: NKA<br>Use Fourth Date 3/28/05 | DIAGNOSIS (If Chg'd)<br>Zantac 150mg i po bid x 90 days<br>V/O Dr. Darbouze / V. Rippons LPN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED 3/28/05 |
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Third Date 2/16/05 | DIAGNOSIS (If Chg'd) Ventral Hernia & GERD.<br>Abd binder x 6 Months<br>Bottom bunk, no prolonged standing, no heavy lifting, profiles x 6 Months<br>Zantac 150mg i Po BID x 60 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed Earnest<br>#111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use Second Date 1/12/05 | DIAGNOSIS (If Chg'd)<br>Tetanus .05 mg Im<br>VO Dr Darbouze / Borden<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Reed, Earnest<br>111914<br>D.O.B. 11/23/55<br>ALLERGIES: NKDA<br>Use First Date 1/11/05 | DIAGNOSIS Ventral Hernia,<br>Tylenol 500mg ii Po BID PRN x 30 days<br>Zantac 150mg i Po BID x 30 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

| Date/Time | Inmate's Name: Reed, Earnest D.O.B.: 11/23/55 |
| --- | --- |
| 10-17-03 10A | WT-206 BP 124/84 P 80 R 18 T 96.8 |
| | S/c ~~shoulder pain~~ & hernia pain (R) leg pain |
| S | 49 [illegible] c/o chronic [illegible] R knee for which pt is seeking [illegible]. He relates motorcycle accident at age [illegible] with fracture of the L leg. He is requesting for a soft diet profile – awaiting for [illegible] upper dentures – Also c/o [illegible] from a ventral hernia since 1987 |
| O- | NAD, [illegible] |
| | [illegible] [illegible] [illegible] [illegible] |
| | Abd: nl BS, non distended, old [illegible] [illegible] [illegible] scar, 15x10cm ventral hernia non tender |
| | Skin: nl |
| | R knee: no effusion, no tenderness |
| | ROM full [illegible] [illegible]. |
| | no instability |
| A/P | P/D/Traumatic Arthritis, chronic/stable ventral hernia. |
| | [illegible] – [illegible] [illegible] |
| | – soft diet granted until dentures is available |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Reed Earnest 11194 D.O.B.: 11/23/55 |
|---|---|
| 1/20/05 12[15] | Wt. 215 T. 97.2 122/70 P 92 20 |
| | APY |
| | DRE: No hemorrhoids or Mass - good |
| | sphincter tone. Prostate: WNL. |
| | Stools: yellowish, Heme ⊖ |
| | |
| | |
| 2/16 | Wt 215 BP 120/80 P 64 R 16 T 97.8 |
| S | f/u 49 y/o - Ventral Hernia s/p GSW Injury to abd and exploratory laparotomy 1987. Denies any abd pain but request for Zantac because of h/o "heartburn". |
| | |
| O | NAD, VSS |
| | [illegible] - [illegible] [illegible] |
| | Abd: [illegible], no distended. |
| | 15x10cm Ventral Hernia at the epigastric area around the scar of the old laparotomy no tenderness, [illegible] skin. |
| A/P | Ventral Hernia / GERD. |
| | Tx: - Abd binder, [illegible] |
| | - Renew Zantac x 2 Months |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 4/10/04 1050p | wt. 205 110/80 72 18 T 97° |
| S | F/U ventral Hernia s/p GSW 1987 and |
| | Exp Lap |
| O | NAD, Yes |
| | Lungs: CTA Heart: RR |
| | Abd 15x10cm large ventral Hernia at the epigastric area non tender. |
| | healed surgical wound. |
| A/P | Ventral Hernia s/p Exp Lap and Abd GSW |
| | Rx: Renew profiles |
| | Abd. binder |
| 1-11-05 12p | WT-210 Bp 112/70 P 80 R 18 98° |
| | S/C hernia pain |
| S | c/o burning epigastric pain that he relates to ventral Hernia - Also c/o Headache on / off |
| O | NAD, Yes |
| | Lungs: CTA Heart: RR |
| | Abd: healed sagittal surgical scar |
| | 15x10cm epigastric Ventral Hernia non tender. |
| | wt: 210 / Neuro: intact |
| A/P | Dyspepsia, uncomplicated Ventral Hernia, Headache |
| | Rx: Zantac po D x 30 days |
| | Tylenol PRN |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Reed, Earnest D.O.B.: 11/23/55 |
|---|---|
| 7/9/04 | WT-204 BP 138/82 P 80 R 20 T 98.6 |
| | Full Lab |
| S | h/o Hepatitis and Abd Hernia ? [illegible] lap after GSW |
| | injury 1987 - h/o [illegible] - request for [illegible] |
| | [illegible] |
| | |
| O | NAD - VSS Heart: [illegible] |
| | [illegible]: CTA [illegible]: [illegible] |
| | Abd = healed [illegible] |
| | 15 x 10 ventral Hernia Accucheck: 121 |
| | [illegible] + [illegible] |
| | 139/20, 3.8/0.9, 179 Hgb: 14.7 - Hep C: + |
| A/P | Ventral Hernia uncomplicated / Hepatitis C / ↑ BS. |
| | Plan - Abd binder |
| | - Accuchecks, U.A. |
| | [signature] |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

**Date/Time** | **Inmate's Name:** Reed, Earrest **D.O.B.:** 11 R 3/55

7/7/10 WT-211 BP 120/72 P 68 R 18 T 96.8

S S/c (R) Shoulder pain, hernia pain
request for profiles and [illegible]

O N [illegible]
[illegible] [illegible]
Abd [illegible]
[illegible]
R shoulder [illegible]
[illegible]

A/P [illegible]
[illegible]
profiles

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Reed, Earnest 111914 D.O.B.: 11/28/55 |
|---|---|
| 4/15/04 1pm | WT-195 BP 118/60 P 94 R 14 T 97.8 |
| | S/C C/O problem c̄ hernia |
| | 48 WM c/o hernia pain Hx of GSW to Belly X 3 years |
| | X 3 years Pain worse after heavy lifting, |
| | also has 1 Bottom eye tooth c̄ filling crumbling |
| O | Gen AAO x 3 NAD also Co Ⓡ Shoulder pain |
| | HEENT Bottom incisor c̄ filling gone |
| | cor RRR ⊖ murmurs Lungs CTA |
| | ABD LLQ Petechi noted, Bulg in periumbilica area |
| | no masses noted, hernia non retractable, old scar |
| | from upper mid gastic to lower mid gastic, healed. |
| A | hernia periumbilica |
| | arthritis Ⓡ Shoulder |
| P | avoid gas producing veg. avoid heavy lifting |
| | Motrin 600 mg Bid X 90 days |
| | f/u c̄ Physician for possible referral to Surgeon. |
| | J Hazel CRNP |
| late entry 4-15-04 JF 2:20pm | Profile for Cooper Bracket on Ⓡ hand for |
| | arthritis relief x 6 months. |
| | J Hazel CRNP |
| | 4-15-04 |
| | C Cooley CRP |

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 5/11/04 8[15]A | Wt. ~~148~~ 198 140/80 88 18 T. 96.8 SC |
| | hernia, fungus ft. |
| S | 48 y/o M – c/o Abd hernia getting bigger while lifting weight – s/p hyp lap for abd GSW 1987 ... pt is [illegible] about [illegible] – was given AF cr week ago for Athlete's foot. |
| O | NAD, VSS |
| | [illegible]: [illegible]. Heart: [illegible] |
| | Abd: well healed [illegible] digital scar, w/ BS, [illegible] ventral hernia in the epigastric area non tender, palpable only with ↑ intra abd pressure |
| | feet: [illegible] |
| A/P | (Abd) Ventral Hernia – stable – (chronic). / [illegible] |
| | Feet: antifungal [illegible] cr. |
| | No Heavy lifting x 6 Months. |
| | [signature] |
| 7/6/04 | Wt. 204 B/P–120/70 P–80 R16 |
| | S/C hernia R/S 7/9/04 |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Reed, Ernest #111914 D.O.B.: 11/23/55 |
|---|---|
| 2/18/04 11:30 AM | Wt. 186 120/80 96 18 T 98.2 F |
| | ventral hernia since about 8 mos ago Getting bigger |
| | |
| | PE ... midline surgical incision. |
| | 6 x 4 inch hernia palpable. |
| | |
| | A ventral hernia |
| | P surgery referral |
| | [signature] Anderson |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Reed Earnest D.O.B.: 11 23 55 |
|---|---|
| 1/30/04 | Wt. 181 B/P-120/80 P-80 R16 T97 |
| | S/C hernia |
| 2/4/04 | wt. 182 120/80 72 16 T. 96.8 SC |
| 11:55 A.M. | hernia |
| S | 48 yo WM c̄ Abdominal hernia. S/P GSW to Abd in 1987 - Reports he developed hernia while lifting weights. C/o Abd. soreness - frequent. |
| O | VSS - NAD noted. |
| | Abd. - vertical scar - mid section noted. ⊕ bulging (hernia) noted 3 in above umbilicus, soft, mild tenderness. easily reducible - Asking about possible surgical correction. |
| A | Abd. Hernia |
| P | BBP, NO heavy lifting x6m |
| | F/u c̄ MD ——— [signature] CRNP |

60111 (5/85)


**Nursing Evaluation Tool:** **General Sick Call**

Facility: ECF

Patient Name: Reed (Last) Earnest (First) (MI)

Inmate Number: 111914

Date of Birth: 11 / 23 / 1955 (MM DD YYYY)

Date of Report: 10 / 16 / 2005 (MM DD YYYY)

Time Seen: 930 AM / PM Circle One

**Subjective:** Chief Complaint(s): "I have pain in my hernia & I have pain in (R) leg from Arthritis

Onset:

Brief History: Pt has Hx of abdominal hernia & c/o arthritis pain in (R) leg.
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 96.8 P: 74 RR: 17 B/P: 120 / 82 Wt 204

Examination Findings: Pt states hernia (abdominal) is "getting worse." Also requests to get Bengay for Arthritis pain ordered.
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status) Preliminary Determination(s):**

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)

☑ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other:

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☑ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): Advil Tiger Balm

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Darbouze Date for referral: 10 / 18 / 2005 (MM DD YYYY)

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): Time

x [signature] Nurses Signature Name: D. Shehane Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 10-14-05
ID # 111914 Date of Birth: 11-23-55 Location: 6-B-88
Nature of problem or request: Pain in Hernia and pain in right leg. from arthritis

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date: 10/16/05
Time: 940AM
Receiving Nurse Intials [illegible]

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:** ____ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

See Note

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)