

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 6-27-05
ID # 111914 Date of Birth: 11-23-55 Location: 5-A-2
Nature of problem or request: Severe pain in hernia and pain in right sholder from pulled muscle

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 6/28/05
Time: 2030 AM PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: 6/28/05 |
| Time: |
| Receiving Nurse Intials MP |

**(S)ubjective:** "I got in a fight on Friday — my shoulder has hurt since" "My hernia hurts"

**(O)bjective** (V/S): T: 96.8 P: 60 R: 14 BP: 116/78 WT: 225

AAOX3, skin warm and dry, resp even and unlabored, pt presents abd. c̄ bulging area that he indicates is herniated, pt also makes above statement re: shoulder. ROM-WNL, color, warmth and sensation WNL -

**(A)ssessment:** alt in comfort

**(P)lan:** refer to MD c̄ Tylenol 500mg i X 5 d BID

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: EDDIE REED Date of Request: 4/22/05
ID # 111914 Date of Birth: 4-5-55 Location: 6B-110
Nature of problem or request: RECTAL BLEEDING I'VE HAD SURGERY 8 YEARS AGO BUT THE PROBLEM SEEMS TO BE BACK

Eddie Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: __________ AM PM
Allergies: ______________

RECEIVED
Date: APR 23 2005
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective** (V/S): T: ________ P: ________ R: ________ BP: ________ WT: ________

**(A)ssessment:**

**(P)lan:** [signature]

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 12-15-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-74
Nature of problem or request: Severe head ache, pain from hernia and lump in throat.

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 12/15/04
Time: 7 AM PM
Allergies: NKA

T P65 R20 B/P 128/80 Wt 210

| RECEIVED |
| --- |
| Date: 12/15/04 |
| Time: |
| Receiving Nurse Intials W |

**(S)ubjective:** my hernia enlarged after I started working out a year ago its bad now I have sharp pains behind my left eye about 1 week

**(O)bjective** Old scar from abd hernia c/o pain in this area I have pain behind my l eye & a knot in my throat

**(A)ssessment:** c/o abd hernia pain.

**(P)lan:** See MD ~~Tylenol 500~~ advil 600 mg given x1 now then Bid x 3 days @ 4A 4P

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

V. Pippins LPN
*SIGNATURE AND TITLE*
1/11/05

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 6-27-04
ID # 111914 Date of Birth: 11-23-55 Location: 7-B-32
Nature of problem or request: feeling weak, Have hepatitis B. I need a blood test. pain from Hernia and need put on the dental list!

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 6/29/04
Time: 8 30 AM PM
Allergies: NKD

RECEIVED
Date: 6/28/04
Time: 11P
Receiving Nurse Intials d

**(S)ubjective:** "I feel weak & have a hernia"

**(O)bjective** (V/S): T: 98.1 P: 68 R: 16 BP: 110/80 WT: 206

**(A)ssessment:** W/m alert & oriented X3; skin W+D. Resp. clear noted he has an abdominal hernia, bowel sounds active X4 States he has Hept. B & he has some nausea

**(P)lan:** to see MD on Tuesday 7-6-04

Refer to: (MD/PA circled) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

M Mobley RN 6/30/04
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 5-2-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: Hernia, Athletes Feet, tooth Ache

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 5/4/04
Time: 915 AM PM
Allergies: NKDA

RECEIVED
Date: MAR 3 2004
Time:
Receiving Nurse Intials

**(S)ubjective:** "I have this Hernia & it is So Sore. I really would like to talk c the Dr about this. I need to See Dental & I have Athlete feet."

**(O)bjective**
Pt to S/C c C/o Soreness to Hernia Site. Requests to See the Dr about this C/o. Also has athlete feet noted. C/o toothache

**(A)ssessment:**
Health Maintenance

**(P)lan:** Dental Referral made
MD appt given
1 tube of AFC given. Give another tube 4/18/04

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 4-28-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: athletes foot, tooth ache, need Hernia checked by doctor

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ___________ AM PM
Allergies: ______________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Waiver signed

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

______________________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: EDDIE Reed Date of Request: 4/22/05
ID # 111914 Date of Birth: 4-5-55 Location: 6B-110
Nature of problem or request: RECTAL BLEEDING I've had Surgery 8 years ago But The problem seems to Be BACK

Eddie Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date: APR 23 2005
Time:
Receiving Nurse Intials ____

**(S)ubjective:**

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: ____

**(A)ssessment:**

**(P)lan:** [signature]

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 4-22-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: put request for Dentist 3 weeks Ago and haven't came out on new's letter. tooth Ache, please check on situation.

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

WAIVER

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 4-8-04

ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114

Nature of problem or request: Pain from Hernia, pain from arthritis and athletes foot follow up, Didn't see doctor on last request.

Earnest Reed
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 4 / 12 / 2004
Time: 955 AM (PM)
Allergies: NKA

T 955 P/R 1/ 70 WT 194 1/4

| RECEIVED |
| --- |
| Date: APR 10 2004 |
| Time: |
| Receiving Nurse Intials |

**(S)ubjective:** Already has DR App. ~~States he needs to see Dr Tarkow... Reason has not been seen~~ – previously signed W...

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE

YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 3-26-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: pain from Hernia, tooth ache and need to have my eyes checked

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 3/27/04
Time: 935 AM (PM)
Allergies: NKDA
Wt 192 B/p 120/70 P 71 R 16 T 98.6

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

**(S)ubjective:** "I need to see the dentist. My filling fell out and my tooth is decaying. I need to get my hernia checked and my eyes checked."

**(O)bjective** W/M to HCU. A&Ox3. Skin warm et dry to touch. Resp even et unlabored. C/o toothache from filling coming out. Tooth decay noted. No swelling to gums noted. Also hernia abdominal noted. Protruding hernia.

**(A)ssessment:** No redness noted. Also requests eyes to be checked. ⊕ reading glasses. No Rx glasses. Alt in health maintenance.

**(P)lan:**
Refer to dental -
E: Edu

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[illegible] 3-29-04

DScott LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT