

MH
None

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Earnest Reed Date of Request: 2-24-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: Need to See doctor about getting back on my medication

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

See Note on Rx 2-27-04

**(O)bjective**

**(A)ssessment:**

Refer to Mental Health
SB

**(P)lan:**

Refer to: MD/PA (Mental Health) Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 2-10-04

ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114

Nature of problem or request: Pain from Hernia

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____

Time: __________ AM PM

Allergies: ____________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:** Waiver Signed

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

____________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE

YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 2-2-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: pain from hernia and need to See psychologist.

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: __________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

Wavn

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
C Cooley CRNP.
CIRCLE ONE
Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

____________________
*SIGNATURE AND TITLE*

3 2004

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GL F1000 7/95



PRISON HEALTH SERVICES INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Earnest Reed Date of Request: 1-22-04
ID # 111914 Date of Birth: 11-23-55 Location: 10-A-114
Nature of problem or request: Severe pain in Stomach

Earnest Reed
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 1/24/04
Time: 1100 AM (PM)
Allergies: NKA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

**(S)ubjective:** "I have pain from a hernia + I need to see the dentist."

**(O)bjective** W/m to HCU c/o pain from a hernia + needing to see dentist to have a tooth pulled. A&O x 3. Skin w/d to touch wt 182# T 98° R 16 P 68 B/P 120/80. c/o pain or discomfort voiced

**(A)ssessment:** Alt in comfort d/t tooth pain & hernia pain

**(P)lan:** refer to

Refer to: (MD/PA) Mental Health Dental Daily Treatment (Return to Clinic PRN)
CIRCLE ONE 1/26/04

Check One: ROUTINE ( ✓ ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( ✓ )
Was MD/PA on call notified: Yes ( ) No ( )

B Maxwell LPN
*SIGNATURE AND TITLE* JAN 23 2004

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CL 51000 7/05

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 10/05

Ranitidine HCl 150MG Tab 60.00

Take 1 tablet(s) by mouth twice daily

See new order

Start Date: 07-09-2005 Prescriber: Darbouze, Jean

Stop Date: 10-06-2005 RX #: 250163093

Zantac 150mg BID X90days

Hour: 4a, 4p

#59 9-26-05

Start Date: 9-23-05 Prescriber: Darbouze

Stop Date: 12-23-05 RX #:

Bengay bid PRN X14days

Hour: 4a, 4p

Start Date: 10/17/05 Prescriber: Darbouze/MP

Stop Date: 10/28/05 RX #:

Peraugesic ii po bid PRN x 30days

Hour: 4a, 4p

Start Date: 10/17/05 Prescriber: Darbouze/MP

Stop Date: 11/17/05 RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis

Allergies

Housing Unit: Population

Patient ID Number: 111914

Patient Name:

**Reed, Ernest**

Nurse's Signature | Initial | Nurse's Signature | Initial

Date of Birth:

Documentation Codes

1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Easterling

Month/Year of Charting: 9/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg ÷ Bid × 90 | 4A | 9 | 9 | 11 | 9 | 9 | 6 | 9 | 9 | 9 | 9 | 9 | 9 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 8 | [illegible] | | | | | |
| | 4p | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 9 | 9 | 9 | [illegible] | [illegible] | | | | | | | |

Start Date: 7/9/05 Prescriber: Dr Darbouze

Stop Date: 10/9/05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg ÷ po Bid x 180d. | KOP | See New Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9/19 Prescriber: Darbouze

Stop Date: 3/19/06 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Δ Zantac to 150mg po Bid x 90d. | 8a | | | | | | | | | | | | | | | | | | | | | | | | R | | | | | | | |
| | KOP 4p | Earnest Reed #59 9/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9/23 Prescriber: Darbouze

Stop Date: 12/23 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|---|
| | [signature] | [initials] | [signature] | [initials] |
| Allergies | [signature] | [initials] | CMcKinnes LPN | CM |
| Housing Unit: | L. Ewing | LE | | |
| Patient ID Number: 111914 | | | | |
| Patient Name: Reed Earnest | | | Date of Birth: | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Seg

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 08/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| zantac 150MG Tab 60.00<br>Take 1 tablet(s) by mouth twice daily | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 07-09-2005 Prescriber: Darbouze, Jean

Stop Date: 10-06-2005 RX #: 250163093

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Garcia, Dora | CG | [illegible] R. | R | 1. Discontinued Order<br>2. Refused |
| Allergies | L. Ewing LPN | LE | J. Grant | JG | 3. Patient out of facility<br>4. Charted in Error |
| Housing Unit: Population | J. Dawkins LPN | JD | | | 5. Lock Down<br>6. Self Administered |
| Patient ID Number: 111914 | | | | | 7. Medication out of Stock |
| Patient Name: | S. Waychoff LPN | SW | | | 8. Medication Held |
| **Reed, Ernest** | | | Date of Birth: | | 9. No Show<br>10. Other |



# MEDICATION ADMINISTRATION RECORD

EDT01

MEDICATIONS | HOUR | 1–29

Zantac 150mg po Bid x 90 days 7-7-05 → 10-7-05 | 4A 4P

Percogesic # po tid prn x 14 days 7-7-05 → 10-7-05 7-21-05 | 4A 9A 4P

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-05 THROUGH 7-31-05

Physician Darbouze

Alt. Physician

Allergies NKDA

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Medicaid Number

Medicare Number

Complete Entries Checked: By: Title: Date: 7-7-05

PATIENT Reed Earnest #111914

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

Hosp East

# MEDICATION ADMINISTRATION RECORD

07/01/2005 (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7287146 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START – 04/22/2005 STOP – 07/20/2005 | 4A<br>4P | See new Order |
| Tylenol 500mg ii po bid x 5 days<br>6/28/05 – 7/2/05 Darbouze | 4a<br>4p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/2005 THROUGH 07/31/2005

Physician DARBOUZE M.D. (MED D, JEAN ALFRED

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: [illegible] Date: 6/28/05

F3II A/B B20

| PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|---|
| REED, ERNEST | 111914 | 1 | | EAS |