# MEDICATION ADMINISTRATION RECORD

06/01/2005                                                    (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1-29 (daily administration grid) |
|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7287146 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/22/2005   STOP - 07/20/2005 | 4A<br>4P<br>Kup | #60 5/28/05<br>Rec'd 60 4/25/05 |
| Tylenol 500g ĪI po BID<br>x 5d<br>6/28/05 - 7/2/05 Darbouze | 4a<br>4p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | DARBOUZE M.D. (MED D, JEAN ALFRED | | Telephone No. | | Medical Record No. |
| Alt Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: | | Title: | Date: 5/21/0 |
|---|---|---|---|---|---|
| PATIENT<br>REED, ERNEST | | | PATIENT CODE<br>111914 | ROOM NO.<br>1 | BED | FACILITY<br>EAS |

# MEDICATION ADMINISTRATION RECORD

05/01/2005 (EAS-474) EASTERLING CORR. FACILITY

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br><br>RX: 7162252 DARBOUZE M.D. (MED D, JEAN ALFRED)<br>START - 03/29/2005  STOP - 06/26/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Ernest Reed
#60 5/28/05
Rec'd 60 4/25/05 20

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2005 THROUGH 05/31/2005

Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)

Allergies: NO KNOWN DRUG ALLERGY

Diagnosis:

PATIENT: REED, ERNEST
PATIENT CODE: 111914
ROOM NO.: 1
FACILITY: EAS

# MEDICATION ADMINISTRATION RECORD
04/01/2005                                                              (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6974257 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 02/18/2005   STOP - 04/18/2005 | 4a<br>4p | Inj. du<br>KOP #60 2-24-05  R/O |
| Zantac 150mg ÷ bid<br>x 90d Dr. Darbouze MD<br>3-28 → 6-28-05 | 4a<br>4p | Inj. du DDD Earnest Reed...<br>#60 4/25/05 CR |
| Tylenol 1 gram BID<br>x 7 days<br>4/16/05 - 4/22/05 Darbouze | 4a<br>4p | |
| CTM ÷ BID x 7 days<br>4/16/05 - 4/22/05 Darbouze | 4a<br>4p | |
| Sudafed ÷ BID<br>x 7 days<br>4/16/05 - 4/22/05 Darbouze | 4a<br>4p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  04/01/2005   THROUGH   04/30/2005
Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)        Telephone No.          Medical Record No.
Alt Physician:                                       Alt. Telephone
Allergies: NO KNOWN DRUG ALLERGY                     Rehabilitative Potential
Diagnosis:
Medicaid Number    Medicare Number    Complete Entries Checked:
                                      By: V. Rippins    Title: LPN    Date: 3-28
PATIENT: REED, ERNEST       PATIENT CODE: 111914    ROOM NO. 1    BED    FACILITY: EAS

# MEDICATION ADMINISTRATION RECORD
03/01/2005

(EAS-474) EASTERLING CORR. FACILITY

DT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br><br>RX: 6974257 DARBOUZE M.D. (MED D, JEAN ALFRE)<br>START - 02/18/2005    STOP - 04/18/2005 | 4p<br>8p<br>Kop | #60 2/24/05 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  03/01/2005  THROUGH  03/31/2005

Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)

Allergies: NO KNOWN DRUG ALLERGY

Diagnosis:

PATIENT: REED, ERNEST

PATIENT CODE: 111914    ROOM NO: 1    FACILITY: EAS

# MEDICATION ADMINISTRATION RECORD

02/01/2005             (EAS-474) EASTERLING CORR. FACILITY
STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 500MG TAB<br>TAKE 2 TABLET(S) BY MOUTH =1000MG TWICE<br>DAILY AS NEEDED<br>RX: 6787707 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 01/13/2005  STOP - 02/11/2005 | 4A<br>4P | | | | | | | | | | | | *Ernest Reed* | | | | | | | | | | | | | | | | | |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6787711 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 01/13/2005  STOP - 02/11/2005 | | | | | | | | | | | | | *Ernest Reed* | | | | | See New Order → | | | | | | | | | | | |
| Zantac 150mg PO<br>Bid x 60d.  KOP<br>2/16 - 4/16 Darbouze/SB | | | | | | | | | | | | | *Ernest Reed*<br>#100 2/24/05 | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    02/01/2005    THROUGH    02/28/2005

Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)     Telephone No.     Medical Record No.
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY     Alt. Telephone
Rehabilitative Potential:

Diagnosis:

Medicaid Number:    Medicare Number:    Complete Entries Checked: By: ___ Title: ___ Date: 1/29/0_

PATIENT: REED, ERNEST     PATIENT CODE: 111914     ROOM NO.: 1     BED / FACILITY: EAS

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg ii p.o. bid PRN x 30 days 1/11/05 – 2/11/05 Darbouze/cc | 2A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg i p.o. bid x 30 days 1/11/05 – 2/11/05 Darbouze/cc | 2A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

W.E. Reed
#60  1-19-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 1-05    THROUGH:
Physician: Darbouze
Physician:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.:

Allergies: NKA
Diagnosis:
Medicaid Number:    Medicare Number:
Complete Entries Checked By: L. Ewin    Title: LPN    Date: 1/11/0_

PATIENT: Reed, Earnest
PATIENT CODE: 111974    ROOM NO: 20P    BED:    FACILITY: Easter_

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Advil 600mg B.i.d x3days Dr. Darbouze/LP  12-16 → 12-19-04 | b/a d/p | |

CHARTING FOR: Dec 2004
Physician: Darbouze
Allergies: NKA
PATIENT: Reed Earnest
Complete Entries Checked By: V. Pippins



# MEDICATION ADMINISTRATION RECORD

10-1-04

| MEDICATIONS | HOUR | 1 | 2 | 3 | ... | 28 | 29 |
|---|---|---|---|---|---|---|---|
| Sudafed 60 ī po BID  9/28/04 – 10/1/04 | 4A / 4P | X X X / X X X | | | | | |
| Motrin 600 ī po BID  9/28/04 – 10/1/04 | 4A / 4P | X X / X X X | | | | | |
| Guiatuss Syrup īī tsp BID  9/28/04 – 10/1/04 | 4A / 4P | X X X / X X X | | | | | |

CHARTING FOR 10-1-04  THROUGH 10-31-04
Physician: Darbouze
Allergies: NKDA
Title: RN  Date: 10-1-04
Patient: Reed, Earnest
Patient Code: 11191U

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Sudafed 60mg ÷ BID x 5days<br>9-28-04 - 10-1-04 Darbouze/po | 9a<br>4p | |
| Motrin 600mg ÷ BID x 5days<br>9-28-04-10-1-04 Darbouze/po | 9a<br>4p | |
| Guiatuss Syrup 2 tsp BID x 3days<br>9-28-04 - 10-1-04 Darbouze/po | 9a<br>4p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 9/1/04  THROUGH 9/30/04
Physician: Darbouze
Allergies: NKDA
Complete Entries Checked By: JScott  Title: LPN  Date: 9/27/0
PATIENT: Reed Earnest
PATIENT CODE: 111914