# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg ÷ BID x 90 d  7/17/04 – 9/15/04  Dr Darbey | 4P 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 7/1/04  THROUGH 7/31/04

Physician: Dr Darbey

Allergies: NKDA

PATIENT: Reed Ernest

PATIENT CODE: 111914

# MEDICATION ADMINISTRATION RECORD

06/01/2004                                                                (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUFROFEN (MOTRIN) 600MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY (9AM & 3PM)<br>RX: 5504447 COOLEY, N.P., CICELIA, NP<br>START - 04/17/2004   STOP - 07/15/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR   06/01/2004   THROUGH   06/30/2004

Physician: COOLEY, N.P., CICELIA
Alt Physician:
Allergies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis:

Medicaid Number   Medicare Number   Complete Entries Checked:
By: [signature]   Title:   Date: 5/31/

PATIENT: REED, ERNEST   PATIENT CODE: 111914   ROOM NO.: 1   BED:   FACILITY: EAS

# MEDICATION ADMINISTRATION RECORD

05/01/2004                                                                                            (EAS-474) EASTERLING CORR. FACILITY
STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| IBUPROFEN (MOTRIN) 600MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY (9AM & 3PM)<br>RX: 5504447 COOLEY, N.P., CICELIA, NP<br>START - 04/17/2004   STOP - 07/15/2004 | 9A<br>3P | (initials across days) |
| Tinactin CR bid x 14 days<br>5/11/04 – 5/25/04 Darkoo/LE | 9A<br>4P | → → X Earnest Reed |

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  05/01/2004  THROUGH  05/31/2004
Physician: COOLEY, N.P., CICELIA                     Telephone No.                    Medical Record No.
Alt Physician:                                        Alt. Telephone
Allergies: NO KNOWN DRUG ALLERGY                      Rehabilitative Potential
Diagnosis:
Medicaid Number        Medicare Number        Complete Orders Checked: By: QScott   Title: LPN   Date: 4/26/0
PATIENT: REED, ERNEST                                                        PATIENT CODE: 111914   ROOM NO. 1   BED   FACILITY: EAS-

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg po Bid x 90 days prn 4-15-04 → 7-15-04 | 9A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 4-1-04  THROUGH: 4-31-04

Physician: Anderson
Alt. Physician:
Allergies: NKDA
Diagnosis:

Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Medical Record No.:

Complete Entries Checked:
By: [signature]  Title: LR  Date: 4-15

PATIENT: Reed, Earnest  111914  PATIENT CODE: DOC  ROOM NO.: East  BED  FACILITY

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 1000mg po bid x 3d. 3/10 - | 4AM 4PM | | | | | | | | | | | | →| | | | | | | | | | | | | | | | | |

CHARTING FOR: March '04
Physician: Anderson
Allergies: NKDA
Complete Entries Checked By: S Bush   Title: LPN   Date: 3/10
PATIENT: Reed Earnest

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | |
|---|---|---|
| Elavil 100g PO qhs x 7 days 11/26/03   12/01/03 | 2000 | VK |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 12/01/03    THROUGH: 12/31/03
Physician: McGuinn
Allergies: NKDA

Complete Entries Checked By: Glenda Tyree   Title: LPN   Date: 11/28/03

PATIENT: Reed, Ernest Mr.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Elavil 100mg po QHS x 10d 11-26-03 | 2000 | ———————————— |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 11-26-03  THROUGH: 11-30-03
Physician: McGinn
Allergies: NKDA
By: J Hardy   Title: LPN   Date: 11-26
PATIENT: Reed, Ernest, Jr.

# INSTITUTIONAL EYE CARE

P.O. Box 390  (570) 523-3493
Lewisburg, PA 17837  FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| REED, ERNEST | | | 6/15/2004 | |
| NUMBER | | | INSTITUTION | |
| 111914C | | EST | ESTERLING CORR. FACILTY | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | 0.00 | -0.75 | 95 | 0 | |
| OS | 0.00 | -0.75 | 85 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 1.75 | 14 | 59 | 56 | |
| OS | 0.00 | 0 | 0 | 0 | |
| LENS COLOR/COATINGS | | | Clear | | |
| FRAME | | STYLE | | FRAME COLOR | |
| NICK | | | | GREY | |
| EYE SIZ | | DROP BALL | | FINAL INSPECTION | |
| 48 | | | | | |

LENSES: $9.86
FRAME: $3.49
OVERSIZE: $0.00
TINT/PGX:
POLYCARB: $0.00
DIOPTERS: $0.00
PRISM: $0.00
CASE:
OTHER:

S/H: $1.35
TOTAL DUE ($): $14.70

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.