## EYE EXAMINATION SHEET

6-4-04

| TO: (Service Physician) | FROM: (Requesting Ward. Med. Fac. Phys.) | Date of Request: |
|---|---|---|
| Bradford | V. Anderson- | ~~6-4-04~~ |

**Reason For Request: (Complaints and Finding)**

**Past History**

**Old Rx**

| Signature | Type of Consult | ☐ Emergency | ☐ Routine |
|---|---|---|---|
| ☉ Scott lpn | | | |

### CONSULTATION REPORT

Subjective:    OD  20/25
             OS  20/25

OPHTH: 20/6 c/d/wnl

New Rx:    OD                Seg. Ht. (24)          Ext:
           OS                                       Date Dispensed & Initials:

Seg. Type:   Plano -075              OS  / 175
             Plano -075              OS  / 175
                                           -456

IDP & Time:

Frame:
Size:      48/18/145
Color:

OPTOMETRIST'S SIGNATURE          6/4/04

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Reed | Ernest | | 48 | W/M | 111914C |

F-65 Rev. (1-95)

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number | Patient Name (Last, First) | Date Requested |
|---|---|---|
| Easterling Correctional Facility #### | Reed, Earnest | 02.18.04 |
| Site Phone # | Alias (Last, First) | Date of Birth (mm/dd/yy) |
| 334-397-3128 | 11914C | 11.23.55 |
| Site Fax # | Inmate # | PHS Custody Date (mm/dd/yy) |
| 334-397-3129 | 11914H | 12.15.2003 |
| Will there be a charge? ☐ Yes ☑ No | SS Number  Sex ☑ Male ☐ Female | Potential Release Date (mm/dd/yy) |
| | 424.74.3880 | 02.18.2008 |
| Responsible party: ☐ UR/HS ☐ Apex Ins. | ☐ Health Ins. ☐ Other, be specific | |

## CLINICAL DATA

| Requesting Provider: ☑ Physician ☐ Mid-level ☐ Dental | History of present illness/symptoms with Date of Onset: |
|---|---|
| Victoria W Anderson | 48 y.o. WM c ventral hernia since 8 mos, getting bigger |
| Facility Medical Director Signature and Date: | |
| [signature] Anderson | |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | Results of a complaint directed physical examination: |
| ☑ Office Visit (OV)  ☐ X-ray (XX)  ☐ Scheduled Admission (SA) | 6x4" inch ventral hernia |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | are midline scar |
| ☐ Biopsy (BX)  ☐ Lingual | |
| Estimated Date of Service (mm/dd/yy): __/__/__ | |
| (This starts the approval window for the "appt authorization period") | |
| Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy | Previous treatment and response (including medications): |
| Number of Visits/Treatments: ☐ Other | none |
| Specialist referred to: general surgeon | |
| Type of Consultation, Treatment, Procedure or Surgery: | |
| hernia repair | |
| **You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.** ☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):  ☐ Offsite Service Recommended and Authorized

☐ More Information Requested (See Attached)

☐ Discussed with requesting provider

Signature of Reviewer

Printed Name of Reviewer:

*Trial of Wellness truss?*

[signatures] RN 2/20/04

PHS Use Data Entry Staff Only. The General Manager and Corporate Data Entry ONLY.

| Cert Type: | Auth Class: | Auth # |
|---|---|---|

UM Referral review form 2-08-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print.**

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Easterling Correctional Facility #835 | **Patient Name: (Last, First,)** Reed, Earnest | **Date: (mm/dd/yy)** 02.18.04 |
| **Site Phone #** 334-397-3128 | **Alias: (Last, First,)** 111914C | **Date of Birth: (mm/dd/yy)** 11.23.55 |
| **Site Fax #** 334-397-3128 | **Inmate #** 111914 | **PHS Custody Date: (mm/dd/yy)** 12.15.2003 |
| **Will there be a charge?** ☐ Yes ☐ No **Sex** ☑ Male ☐ Female | **SS Number** 424.74.3880 | **Potential Release Date: (mm/dd/yy)** 02.18.2002? |

**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

Victoria W Anderson

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☐ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:_____

**Specialist referred to:** general surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

hernia repair

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

48 yo WM c ventral hernia since 8 mos, getting bigger

**Results of a complaint directed physical examination:**

6"x 4" inch ventral hernia and midline scar

**Previous treatment and response (including medications):**

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

**LabCorp**®

| 269-397-0123-0 | S | MB | Final | Pg 1 |
| | | | | |

Coll Time 07:70 *Additional Information*

Clinical Information  DOB: 11/23/55  Fasting: Y

CD- 51652295606

| Patient Name | | Sex | Age (YrMos) |
| REED, ERNEST | | M | 049/10 |

| Physician ID | Patient ID |
| DARBOURE | 111914 |

Account  Easterling Corr. Facility  0148685
Prison Health Services                          01
200 Wallace Dr.
Clio AL  36017-0010
334-397-4471
PROV:

| Patient Address | | | |

| Date Collected | Date Entered | Date Reported | |
| 09/26/05 | 09/26/05 | 09/27/05 | 5327 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | M |
| Glucose, Serum | 93 | | mg/dL | 65 - 99 | M |
| Uric Acid, Serum | 5.7 | | mg/dL | 2.4 - 8.2 | M |
| BUN | 11 | | mg/dL | 5 - 26 | M |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | M |
| BUN/Creatinine Ratio | 11 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | M |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 - 5.5 | M |
| Chloride, Serum | 106 | | mmol/L | 96 - 109 | M |
| Calcium, Serum | 9.3 | | mg/dL | 8.5 - 10.6 | M |
| Phosphorus, Serum | 3.3 | | mg/dL | 2.5 - 4.5 | M |
| Protein, Total, Serum | 6.4 | | g/dL | 6.0 - 8.5 | M |
| Albumin, Serum | 3.9 | | g/dL | 3.5 - 5.5 | M |
| Globulin, Total | 2.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.7 | High | mg/dL | 0.1 - 1.2 | M |
| Alkaline Phosphatase, Serum | 74 | | IU/L | 25 - 150 | M |
| LDH | 183 | | IU/L | 100 - 250 | M |
| AST (SGOT) | 23 | | IU/L | 0 - 40 | M |
| ALT (SGPT) | 16 | | IU/L | 0 - 55 | M |
| GGT | 12 | | IU/L | 0 - 65 | M |
| Iron, Serum | 142 | | ug/dL | 40 - 155 | M |
| | | " | | | M |
| Lipids | | | | | M |
| Cholesterol, Total | 168 | | mg/dL | 100 - 199 | M |
| Triglycerides | 68 | | mg/dL | 0 - 149 | M |
| HDL Cholesterol | 66 | High | mg/dL | 40 - 59 | M |
| Comment | | | | | M |

    HDL cholesterol values >59 mg/dL are associated with reduced cardiac
    risk.

| VLDL Cholesterol Cal | 14 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 88 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.5 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | | times avg. | 0.0 - 1.0 | |

                                        T. Chol/HDL Ratio
                                           Men    Women
                         1/2 Avg.Risk    3.4      3.3
                             Avg.Risk    5.0      4.4
                          2X Avg.Risk    9.6      7.1
                          3X Avg.Risk   23.4     11.0


                The CHD Risk is based on the T. Chol/HDL ratio.  Other
                factors affect CHD Risk such as hypertension, smoking,
                diabetes, severe obesity, and family history of pre-
                mature CHD.

FINAL

**REPORT**

©2004 Laboratory Corporation of America® Holdi
All Rights Reser

REED, ERNEST                    111914          269-397-0123-0 Seq# 5327  09-27-05 20:10

**LabCorp**® v 1.21

| 269-397-0123-0 | S | MB | Final | Pg 2 |
|---|---|---|---|---|

Coll Time 07:50 Additional Information

Clinical Information DOB: 11/23/55  Fasting: Y

CD- 51652295606

| Physician ID | Patient ID |
|---|---|
| DARBOURE | 111914 |

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| REED, ERNEST | | M | 049/10 |

Account Easterling Corr. Facility  0148885
Prison Health Services
200 Wallace Dr.                       01
Clio AL  36017-0010
334-397-4471
PROV:

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/26/05 | 09/26/05 | 09/27/05 | 5327 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | M |
| Thyroid | | | | | M |
| TSH | 1.352 | | uIU/mL | 0.350 - 5.500 | M |
| Thyroxine (T4) | 7.1 | | ug/dL | 4.5 - 12.0 | M |
| T3 Uptake | 32 | | % | 24 - 39 | M |
| Free Thyroxine Index | 2.3 | | | 1.2 - 4.9 | |
| | | | | | M |
| CBC, Platelet Ct, and Diff | | | | | M |
| White Blood Cell(WBC)Count | 9.1 | | x10E3/uL | 4.0 - 10.5 | M |
| Red Blood Cell (RBC) Count | 4.95 | | x10E6/uL | 4.10 - 5.60 | M |
| Hemoglobin | 15.3 | | g/dL | 12.5 - 17.0 | M |
| Hematocrit | 44.0 | | % | 36.0 - 50.0 | M |
| MCV | 89 | | fL | 80 - 98 | M |
| MCH | 31.0 | | pg | 27.0 - 34.0 | M |
| MCHC | 34.8 | | g/dL | 32.0 - 36.0 | M |
| RDW | 13.5 | | % | 11.7 - 15.0 | M |
| Platelets | 230 | | x10E3/uL | 140 - 415 | M |
| Neutrophils | 71 | | % | 40 - 74 | M |
| Lymphs | 20 | | % | 14 - 46 | M |
| Monocytes | 6 | | % | 4 - 13 | M |
| Eos | 2 | | % | 0 - 7 | M |
| Basos | 1 | | % | 0 - 3 | M |
| Neutrophils (Absolute) | 6.5 | | x10E3/uL | 1.8 - 7.8 | M |
| Lymphs (Absolute) | 1.8 | | x10E3/uL | 0.7 - 4.5 | M |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1 - 1.0 | M |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | M |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | M |

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL REPORT

©2004 Laboratory Corporation of America® Holding
All Rights Reserved

**LabCorp**®

| Additional Information | | | Clinical Information | |
|---|---|---|---|---|
| | | | Physician ID | Patient ID |
| Patient Name | Sex | Age (Yr/Mos) | Account | |
| Patient Address | | | | |
| Date Collected | Date Entered | Date Reported | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

not fasting



©2004 Laboratory Corporation of America® Holdin
All Rights Reser

**LabCorp**®

| | | | | |
|---|---|---|---|---|
| Specimen # | Job | TM | Repr/Related | |

Additional Information

Clinical Information

| Physician ID | Patient ID |
|---|---|

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|

Account

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

©2004 Laboratory Corporation of America® Hold
All Rights Rese

5B-02

**ALABAMA DEPARTMENT OF CORRECTIONS**  Name: _Reeaty George_

2-21-05
SEG

**RADIOLOGY SERVICES REQUEST AND REPORT**

State ID No: _123606_

DOB: _7-15-57_

INSTITUTION: _Easterling_

Race: _W_   Sex: _m_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbe | 2-18-05 | | ✓ | | |

HISTORY/DIAGNOSIS:

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ETOOKA |
| ✓ FACIAL BONES   X | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Reed

REPORT.

FACIAL BONES: Water's and lateral views of the facial bones show no evidence of fracture. If symptoms persist and fracture involving the nasal bones, orbits, zygomatic arches or mandible is suspected, specific views of those structures would be recommended.

D &T: 02-23-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT) _____  X-RAY TECHNOLOGIST'S SIGNATURE _____   DATE, TIME EXAM PERFORMED _2 22 05_

**LabCorp®**

| Specimen # | Type | Prim | Report Status | | |
|---|---|---|---|---|---|
| 020-397-0178-0 | S | MD | FINAL | PG | 2 |

03    1

TIME 1230    Additional Information

DOB: 11/23/55

CD- 51640439266

Clinical Information    01/22/05   09:15 E1

| Physician ID | DARBOURE | Patient ID | |
|---|---|---|---|
| | DARBOURE | 111914 | |

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| REED, EARNEST | | | 049/01 |

Patient Address

Account
Easterling Corr. Facility        0148885
Prison Health Services               01
200 Wallace Dr.                      01
Clio              , AL  36017-0010
334-397-4471      ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 01/20/05 | 01/20/05 | 01/22/05 | 3539 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 1.327 | | uIU/mL | 0.350 - 5.500 | |
| Thyroxine (T4) | 7.3 | | ug/dL | 4.5 - 12.0 | |
| T3 Uptake | 31 | | % | 24 - 39 | |
| Free Thyroxine Index | 2.3 | | | 1.2 - 4.9 | |
| | | | | | |
| CBC, Platelet Ct, and Diff | | | | | |
| White Blood Cell (WBC) Count | 6.3 | | x10E3/uL | 4.0 - 10.5 | |
| Red Blood Cell (RBC) Count | 5.02 | | x10E6/uL | 3.80 - 5.60 | |
| Hemoglobin | 15.2 | | g/dL | 11.5 - 17.0 | |
| Hematocrit | 43.3 | | % | 34.0 - 50.0 | |
| MCV | 86 | | fL | 80 - 98 | |
| MCH | 30.3 | | pg | 27.0 - 34.0 | |
| MCHC | 35.2 | | g/dL | 32.0 - 36.0 | |
| RDW | 12.7 | | % | 11.7 - 15.0 | |
| Platelets | 230 | | x10E3/uL | 140 - 415 | |
| Neutrophils | 60 | | % | 40 - 74 | |
| Lymphs | 32 | | % | 14 - 46 | |
| Monocytes | 6 | | % | 4 - 13 | |
| Eos | 2 | | % | 0 - 7 | |
| Basos | 0 | | % | 0 - 3 | |
| Neutrophils (Absolute) | 3.8 | | x10E3/uL | 1.8 - 7.8 | |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7 - 4.5 | |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.4 | |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | |

---

LAB: MB LabCorp Birmingham            DIRECTOR: John Elgin, MD
        1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-35
LAST PAGE OF REPORT

©2004 Laboratory Corporation of America®
All Rights

**LabCorp®**

| Specimen # | Type | Prin | Report Status | | |
|---|---|---|---|---|---|
| 020-397-0178-0 | S | Mrs | FINAL | PG | 1 |

03   1

TIME 1230    Additional Information

DOB: 11/23/55

CD- 51640439266

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| REED, EARNEST | | 049/01 |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 01/20/05 | 01/20/05 | 01/22/05 | 3539 |

Clinical Information    01/22/05   09:15 E

| Physician ID | DARBOURE | Patient ID |
|---|---|---|
| | DARBOURE | 111914 |

Account
Easterling Corr. Facility          014888
Prison Health Services                01
200 Wallace Dr.                       01
Clio          , AL  36017-0010
334-397-4471       ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | |
| Glucose, Serum | 143 | H | mg/dL | 65 - 99 | |
| Uric Acid, Serum | 5.4 | | mg/dL | 2.4 - 8.2 | |
| BUN | 21 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 23 | | | 8 - 27 | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 3.6 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 | |
| Phosphorus, Serum | 3.8 | | mg/dL | 2.5 - 4.5 | |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.3 | H | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 93 | | IU/L | 25 - 150 | |
| LDH | 160 | | IU/L | 100 - 250 | |
| AST (SGOT) | 22 | | IU/L | 0 - 40 | |
| ALT (SGPT) | 22 | | IU/L | 0 - 40 | |
| GGT | 18 | | IU/L | 0 - 65 | |
| Iron, Serum | 98 | | ug/dL | 35 - 155 | |
| | | | | | |
| Lipids | | | | | |
| Cholesterol, Total | 177 | | mg/dL | 100 - 199 | |
| Triglycerides | 178 | H | mg/dL | 0 - 149 | |
| HDL Cholesterol | 59 | | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 36 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 82 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.0 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | | | | 0.0 - 1.0 | |

CHD Risk cannot be given without patient's sex.

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg. Risk | 3.4 | 3.3 |
| Avg. Risk | 5.0 | 4.4 |
| 2X Avg. Risk | 9.6 | 7.1 |
| 3X Avg. Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Thyroid

REED, EARNEST          PATID: 111914        REPORT
                                            SPEC DATE: 01/20/2005

©2004 Laboratory Corporation of America® Holdin
All Rights Reserv

111914    01/ 29/05 ...

Rx :
Dx :

49 years                     Race: W                  210 lbs            BP:140/84         Dept:
                                                                                            Room:
                                                                                            Oper:

---

Rate    68     . Normal sinus rhythm, rate  68....................Normal P axis, PR, rate & rhythm
PR      171    . Vertical axis, unusual for age.......................QRS axis 81 to 90 & age > 40
QRSD    85     . Nonspecific Anterolateral T abnormalities.......T neg, T/QRS ratio <.07 I,L,V2-V6
QT      342
QTc     364

--AXIS--
P       46
QRS     81                              - BORDERLINE ECG -
T       56

Requested by:

PRELIMINARY-MD MUST REVIEW

LOC ... 000-0000    Speed 25 mm/sec    Limb 10 mm/mV    Ch ... mm/mV