**LabCorp®**

| Specimen # | Type | Pr. , Lab | Report Status | |
|---|---|---|---|---|
| 196-397-0378-0 | S | MB | FINAL | PG 1 |

00 1

Additional Information

DOB: 11/23/55

CD- 51619407971

Clinical Information

07/15/04 06:07 ET

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111914 |

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| REED, EARNEST | M | 048/07 |

Patient Address

Account

Easterling Corr. Facility 01488855
Prison Health Services 01
200 Wallace Dr. 01
Clio , AL 36017-0010
334-397-4471 OLN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/14/04 | 07/14/04 | 07/15/04 | 2071 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hemoglobin A1c | | | | | |
| A1c | 5.7 | | % | 4.5 - 5.7 | MB |
| Please note: | | | | | MB |

Current guidelines recommend a treatment goal of <7% for diabetic patients. A1c may be overestimated in diabetic patients exhibiting poor control and who are also hetero-zygous or homozygous for HgbS or HgbC. Total glyco-hemoglobin is a better indicator of diabetic control in patients with these hemoglobin variants.

LAB: MB LabCorp Birmingham DIRECTOR: Arthur Kelly, MD
1801 First Avenue South Birmingham, AL 35233-0000

TO. INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500

LAST PAGE OF REPORT

7/17/04

©2004 Laboratory Corporation of America

**LabCorp**

| Specimen # | Type | F | Lab | Report Status | |
|---|---|---|---|---|---|
| 188-397-0433-0 | S | | MB | FINAL | PG 1 |

Additional Information

DOB: 11/23/55

CD- 51619409290

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| REED, EARNEST | M | 048/07 |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/06/04 | 07/06/04 | 07/08/04 | 2007 |

03 1

Clinical Information

07/08/04 16:14 ET

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111914 |

Account

Easterling Corr. Facility 01488855
Prison Health Services 01
200 Wallace Dr. 01
Clio , AL 36017-0010
334-397-4471 ALN

| TESTS | RESULT | | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|
| CMP14+CBC/D/Plt | | | | | | |
| Chemistries | | | | | | MB |
| Glucose, Serum | | 179 | H | mg/dL | 65 - 99 | MB |
| BUN | 20 | | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.9 | | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 22 | | | | 8 - 27 | |
| Sodium, Serum | 139 | | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 106 | | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | | 18 | L | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.4 | | | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 6.7 | | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.0 | | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.7 | | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.1 | | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 105 | | | IU/L | 25 - 150 | MB |
| AST (SGOT) | 19 | | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 14 | | | IU/L | 0 - 40 | MB |
| | | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | | MB |
| White Blood Cell (WBC) Count | 6.7 | | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.86 | | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.7 | | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.0 | | | % | 36.0 - 50.0 | MB |
| MCV | 87 | | | fL | 80 - 98 | MB |
| MCH | 30.3 | | | pg | 27.0 - 34.0 | MB |
| MCHC | 35.0 | | | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.8 | | | % | 11.7 - 15.0 | MB |
| Platelets | 216 | | | x10E3/uL | 140 - 415 | MB |
| Polys | 61 | | | % | 40 - 74 | MB |
| Lymphs | 30 | | | % | 14 - 46 | MB |
| Monocytes | 7 | | | % | 4 - 13 | MB |
| Eos | 2 | | | % | 0 - 7 | MB |
| Basos | 0 | | | % | 0 - 3 | MB |
| Polys (Absolute) | 4.1 | | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.0 | | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | | x10E3/uL | 0.0 - 0.2 | MB |
| Hepatitis, Diagnostic (Prof I) | | | | | | |
| Hepatitis Interp.: | | | | | | |

| Serological Markers | | |
|---|---|---|
| HAV | HBs | HBc |

7/09/04

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

LabCorp®

| Specimen # | Type | Lab | Report Status | |
|---|---|---|---|---|
| 188-397-0433-0 | S | MB | FINAL | PG 2 |

03 1

Additional Information

DOB: 11/23/55

CD- 51619409290

Clinical Information

07/08/04 16:14 ET

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111914 |

| atient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| REED, EARNEST | M | 048/07 |

atient Address

Account

Easterling Corr. Facility 01488855
Prison Health Services 01
200 Wallace Dr. 01
Clio , AL 36017-0010
334-397-4471 ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/06/04 | 07/06/04 | 07/08/04 | 2007 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| ! IgM Ag IgM ! | | | | | |
| ** Negative for acute HAV OR HBV.** | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | MB |
| Hep B Surface Ag | Negative | | | Negative | MB |
| Hep B Core Ab, IgM | Negative | | | Negative | MB |
| Hep C Virus Ab | | Repeatedly Positive | | Negative | MB |

LAB: MB LabCorp Birmingham DIRECTOR: Arthur Kelly, MD
1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
LAST PAGE OF REPORT

[handwritten initials] 7/09/04

©2004 Laboratory Corporation of America® Holdir
All Rights Reser



PHS
PRISON HEALTH SERVICES INCORPORATED

**DEPARTMENT OF CORRECTIONS**

DATE: 7/9/04

**URINALYSIS**

LEUKOCYTES Ng

NITRITE Ng

UROBILINOGEN Ng

PROTEIN Ng

pH 6

BLOOD 250

SPEC. GRAVITY 1,010

KETONE Ng

GLUCOSE Ng

HCG

(Add: Final Labs Here)

[signature] 7/10/04

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Reed, Earnest | 111914 | 11/23/55 | Wm | Eno |

PHS-MD-70012

**LABORATORY REPORTS**

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Reed, Ernest

111914
PRISON ID

DATE SUBMITTED
11/26/03

NPY 20

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| | | | |
| 1-2 HIV ANTIBODY | ✓ NR | NEGATIVE (NEG) | |
| | | | |
| RPR | ✓ NR | NON-REACTIVE (NR) | |
| | | | |
| URINALYSIS | ✓ NEG | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A" These results are unreliable due to the age of the specimen.

"H" These results are unreliable due to the hemolyzed condition of the specimen.

"A+H" These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO. 01D0706289



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 5-19-04 | 28 ⊖ 31 | NRC PERIO | NKDA; denies heart murmur; 2 carps. 2% xylo 1:100,000 epi used in mand. & mental n. block; simple forcep ext; oral POI given; 2 SR sutures placed; NV impressions | [illegible] | |
| 9-14-04 | | | U/L alginate impressions taken; NV wax bite | [illegible] | |
| 9-29-04 | | | wax bite take; NV wax tryin with teeth | [illegible] | |
| 10-20-04 | | | wax tryin completed; NV delivery | [illegible] | |
| [illegible]-04 | | | Delivery of U C/D & lower RPD; [illegible] reline of old [illegible]; denture had good retention | [illegible] | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| Reed | Earnest | | 11/23/55 | W/M | 111924 |

PHS-MD-70022



PRISON HEALTH SERVICES INCORPORATED

# DEPARTMENT OF CORRECTIONS
## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Date of Initial Examination 11-26-03

Initial Classification

Oral Pathology ........................ Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ........................ Periapical
Bitewing
Other

Health Questionaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V. D. |
| ☐ | ☑ | Allergy (Novacaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Diseases |

SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 2-17-04 | | | Exam. 2 PAX [illegible] PTR for Ext's | [illegible] | |
| 3-10-04 | 18, 20, 21 | NRC | [illegible] Heart murmur; 2 [illegible] | | |
| | | | 2% Xylo 1:100,000 Epi 1 [illegible] 3% | | |
| | | | carbocaine no vaso [illegible] in mand. | | |
| | | | [illegible] blocks; simple [illegible] | | |
| | | | [illegible] 18, 20, 21; 3 [illegible] | | |
| | | | Rx: Motrin 600mg [illegible] 5 days; | | |
| | | | NV [illegible] # 31, 28, 23, 24, 25 + 26 | [illegible] | |

| Patients Last Name | First | Middle | DOB | Race/Sex | ID No. |
|---|---|---|---|---|---|
| Reed, | Ernest | E. Jr. | 11-23-55 | W | 111914 |

# PRISON HEALTH SERVICES
# MEDICAL COMPLAINT FORM

Earnest Reed | 111914 | 6-B-110 | 6-9-05
NAME | AIS # | UNIT | DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

I've been At Easterling Corr. facility for (18) eighteen Months And have Repetly Requested to have A hernia operation, my hernia has grown twice the size And the pain gets greater. (Dr Anderson) put me on A list to have it corrected but she is no longer here At the facility. I need to have this very serious medical problem corrected

Earnest Reed
INMATE SIGNATURE

**PART B—RESPONSE** DATE RECEIVED 6-13-05

You were last seen concerning your hernia on 2-11-05. If you are having problems you will need to follow the procedure to access healthcare to be seen & evaluated. The request made by Dr. Anderson was not approved. The doctor is the one that has to request a referral if he finds it medically necessary.

K Wilson, RN/HSA
MEDICAL STAFF SIGNATURE

6-14-05
DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

RECEIVED
JUN 13 2005

# PRISON HEALTH SERVICES
# MEDICAL COMPLAINT FORM

Earnest Reed — 111914 — 6-B-110 — 6-14-05
NAME — AIS # — UNIT — DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

This is the 2nd Complaint form Ive filed I heard Nothing from the first one. Im requesting for medical Attention. I am in severe pain And need A operation for an inbreed hernia. Ive been trying for months (18) eighteen Now And the hernia just gets worser. Dr Anderson was suppose to put me down for the operation but as you know, she's no longer here at the facility. Could you please Address this very serious medical problem. Thanks for your time and concern on this matter

Earnest Reed
INMATE SIGNATURE

**PART B—RESPONSE** DATE RECEIVED 6-15-05

Mr. Reed, I received your first complaint on 6-13-05 and it was returned to you on 6-14-05; with a response. Please allow time to get a response back. I am attaching a copy of it to make sure you have it.

K. Wilson, RN/HSA
MEDICAL STAFF SIGNATURE

6-15-05
DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

JUN 15 2005

RECEIVED
JUN 15 2005

ATTACHMENT D

JUN 29 2005

INMATE REQUEST SLIP

Name Earnest Reed Quarters 5-A-2 Date 6-27-05

AIS # 111914

( ) Telephone Call ( ) Custody Change (✓) Personal Problem

( ) Special Visit ( ) Time Sheet ( ) Other ______

Briefly Outline Your Request - Then Drop In Mail Box

Ms Mosley
Ive sent (2) medical complaint form to Ms Wilson RN. And I'm not satisfied with her Response. I Requested A P.H.S. grieveance form but she has Refused to Answer my Request. Can you please have her to send me A grieveance form. Thanks for your time and consideration on this important matter

Do Not Write Below This Line - For Reply Only

Approved Denied Pay Phone Collect Call

Request Directed To: (Check One)

(✓) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

N176

7-1-05

Warden Mosley,
Attached are the two complaint forms I have received from Mr. Reed. I have not received a request from him requesting a grievance form, but will send him one today.

Thanks,
K. Wilson, RN/HSA

Inmate Grievance appeal sent to him today 7-1-05. K. Wilson, RN/HSA

NAME: Earnest Reed AIS #: 111914 UNIT: 6-B-110 DATE: 6-9-05

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

PART A—INMATE REQUEST

I've been At Easterling Corr. facility for (18) eighteen Months And have Repetly Requested to have A hernia operation my hernia has grown twice the Size And the pain gets greater. (Dr Anderson) put me on A list to have it corrected but she is no longer here At the facility. I need to have this very Serious medical problem Corrected

Earnest Reed
INMATE SIGNATURE

PART B—RESPONSE DATE RECEIVED 6-13-05

You were last seen concerning your hernia on 2-16-05. If you are having problems, you will need to follow the procedure to access healthcare to be seen & evaluated. The request made by Dr. Anderson was not approved. The doctor is the one that has to request a referral if he finds it medically necessary.

K Wilson RN/HSA
MEDICAL STAFF SIGNATURE

6-14-05
DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

RECEIVED
JUN 13 2005

# PRISON HEALTH SERVICES
# MEDICAL COMPLAINT FORM

Earnest Reed 111914 6-B-110 6-14-05
NAME AIS # UNIT DATE

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

This is the 2nd Complaint form I've filed i heard Nothing from the first one. I'm Requesting for medical attention. I am in severe pain And need A operation for an inlarged hernia I've Been trying for months (18) eighteen Now And the hernia just gets worse. Dr Anderson was suppose to put me down for the operation but as you know, she's no longer here at the facility. Can you please Address this very serious medical problem. Thanks for your time and concern on this matter

Earnest Reed
INMATE SIGNATURE

**PART B—RESPONSE** DATE RECEIVED 6-15-05

Mr. Reed, I received your first complaint on 6-13-05 and it was returned to you on 6-14-05, with a response. Please allow time to get a response back. I am attaching a copy of it to make sure you have it.

K Wilson, RN/HSA
MEDICAL STAFF SIGNATURE

6-15-05
DATE

**IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

JUN 15 2005

RECEIVED JUN 15

# PRISON HEALTH SERVICES
# MEDICAL COMPLAINT FORM

NAME: Earnest Reed AIS #: 111914 UNIT: 6-B-110 DATE: 6-9-05

**This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.**

**PART A—INMATE REQUEST**

I've been At Easterling Corr. facility for (18) eighteen Months And have Repetly Requested to have A hernia operation, my hernia has grown twice the Size And the pain gets greater. (Dr Anderson) put me on A list to have it corrected but She is no longer here At the facility. I need to have this very Serious medical problem corrected

INMATE SIGNATURE: Earnest Reed

**PART B—RESPONSE** DATE RECEIVED: 6-13-05

You were last seen concerning your hernia on 2-16-05. If you are having problems you will need to follow the procedure to access healthcare to be seen & evaluated. The request made by Dr. Anderson was not approved. The doctor is the one that has to request a referral if he finds it medically necessary.

MEDICAL STAFF SIGNATURE: K Wilson, RN/HSA

DATE: 6-14-05

**IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "PHS GRIEVANCE FORM"**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

RECEIVED JUN 13 2005

## Prison Health Services, Inc.

### Inmate Grievance **Appeal**

NAME: Earnest Reed AIS #: 111914 UNIT: 5-A-2 DATE: 7-1-05

**PART A—INMATE Grievance Appeal for the following reason:**

I was very unsatitied with the Response on the medical Complaint form I filed. I've tried unsucessly for over a year now to have a hernia operation. my hernia has gotton worse and the pain more severe. (Dr Anderson) scheduled me for an operation months ago but she is no longer here at the Facility. I need to have this serious medical problem corrected. Due to the severe pain I experience please address this situation.

Earnest Reed
INMATE SIGNATURE

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B –RESPONSE** DATE RECEIVED 7-5-05

Mr. Reed, as I have explained, if you are having problems it is the policy to follow the procedure to access healthcare. And, on 6-28-05, you were seen and evaluated + given an MD appointment. That appointment is this week. The doctor has to find it medically necessary to write a referral to a surgeon. Then, it has to be approved/not approved by the medical director. When Dr Anderson was here, you were not approved for hernia surgery. The doctor will see you at your appointment + evaluate you.

Inmate Signature

Date

K Wilson, RN HSA
Health Services Department Head

7-5-05
Date

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI Delay in Health Care Provided | ☑ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☑ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

RECEIVED JUL 5 2005