**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EARNEST EDWARD REED, JR.** )<br>**(AIS# 111914),** )<br>   ) <br>   **Plaintiff,** )<br>   )<br>**v.** )<br>   )<br>**JEAN DARBOUZE, MD and PRISON** )<br>**HEALTH SERVICES,** )<br>   )<br>   **Defendants.** ) | **CIVIL ACTION NO.<br>2:05-CV-770-T** |

## NOTICE OF APPEARANCE

Please take notice that Douglas B. Hargett of Balch & Bingham LLP, hereby enters an appearance on behalf of Jean Darbouze, MD and Prison Health Services, Inc., defendants in the above-captioned case, and requests the Court provide all notices to the undersigned counsel at the address set forth below.

/s/ Douglas B. Hargett
Douglas B. Hargett
dhargett@balch.com

**OF COUNSEL:**

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

86762.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants on this the 12th day of December, 2005:

Earnest Edward Reed, Jr. (AIS # 111914)
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

        /s/ Douglas B. Hargett
        Of Counsel