IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST REED, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05CV770-CSC |
| | ) |
| JEAN DARBOUZE, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff for which execution may issue.

Done this 1st day of March, 2006.

                                                 /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE